DAVID F. FAUSTMAN (State Bar No. 081862)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: dfaustman@foxrothschild.com

JAY D. MARINSTEIN, *Pro Hac Vice*
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone: (412) 391-1334
Facsimile: (412) 391-6984

SCOTT R. KIPNIS, *Pro Hac Vice*
DOUGLAS GROSS, *Pro Hac Vice*
NICHOLAS B. MALITO, *Pro Hac Vice*
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone: (212) 897-7898
Facsimile: (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

LISA C. ROBERTS (State Bar No. 111982)
REHON & ROBERTS, APC
830 The Alameda
San Jose, CA 95126
Telephone: (408) 494-0900
Facsimile: (408) 494-0909
Email: lroberts@rehonroberts.com

Attorneys for Defendant
TOYAMA PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC.<br><br>Plaintiff,<br><br>v.<br><br>TOYAMA PARTNERS, LLC and COMERICA BANK,<br><br>Defendants. | Case No. 3:10-cv-00325 SI<br><br>**SECOND STIPULATION EXTENDING TIME FOR DEFENDANT TOYAMA PARTNERS, LLC TO FILE AN ANSWER TO THE COMPLAINT**<br><br>Complaint filed: January 22, 2010 |

IT IS HEREBY STIPULATED, pursuant to Northern District Local Rule 6-1 subpart (a), by and between the parties hereto through their respective attorneys of record, that Defendant TOYAMA PARTNERS, LLC shall have until March 9, 2010 to Answer Plaintiffs' complaint. In accordance with the Local Rule, this extension does not alter the date of any event or any deadline already fixed by the Court.

IT IS SO STIPULATED AND CONSENTED TO:

Dated: March 1, 2010

FOX ROTHSCHILD LLP
HOFHEIMER GARTLIR & GROSS, LLP

_/s/ David F. Faustman_
DAVID F. FAUSTMAN
Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

Dated: March 1, 2010

REHON & ROBERTS, APC

LISA C. ROBERTS
Attorneys for Defendant
TOYAMA PARTNERS, LLC



SECOND STIPULATION EXTENDING TIME FOR DEFENDANT TOYAMA PARTNERS, LLC TO ANSWER THE COMPLAINT

CASE NO: 3:10-cv-00325 SI

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 235 Pine Street, Suite 1500, San Francisco, California 94104.

On March 1, 2010 I served a copy of the foregoing documents:

- **SECOND STIPULATION EXTENDING TIME FOR DEFENDANT TOYAMA PARTNERS, LLC TO FILE AN ANSWER TO THE COMPLAINT**

on the interested party in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Lisa C. Roberts, Esq.<br>Rehon & Roberts, APC<br>830 The Alameda<br>San Jose, CA 95126<br><br>Attorney for Defendant<br>Toyama Partners, LLC<br>**(Sent via First Class Mail)** | Peter G. Bertrand, Esq.<br>Julian Mack, Esq.<br>Elizabeth F. Stone, Esq.<br>Buchalter Nemer<br>A Professional Corporation<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br><br>Attorneys for Defendant<br>Comerica Bank<br>**(Sent via E-filing)** |

[X] **BY FIRST CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed person(s) on whom it is being served for collection and mailing on that date following ordinary business practices.

[ ] **BY HAND DELIVERY/PERSONAL SERVICE:** I caused said documents(s) to be personally delivered by a courier to each addressee.

[ ] **BY FACSIMILE:** I caused such document(s) to be faxed to the office of the addressee(s) to the facsimile number(s) above.

[ ] **BY OVERNIGHT DELIVERY:** I caused said document(s) to be deposited in a facility regularly maintained by the Overnight Delivery on the same day, in a sealed envelope, with fees and postage paid, addressed to the above listed person(s) on whom it is being served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of March 2010 at San Francisco, California.

*Lorraine R. Harris*

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

PROOF OF SERVICE

CASE NO: CV-10-0325 SI