BUCHALTER NEMER
A Professional Corporation
    PETER G. BERTRAND (Bar No. 87883)
    JULIAN W. MACK (Bar No. 104662)
    ELIZABETH F. STONE (Bar No. 239285)
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone:   (415) 227-0900
Facsimile:    (415) 227-0770
pbertrand@buchalter.com
pmack@buchalter.com
estone@buchalter.com

Attorneys for Defendant
COMERICA BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DOLLAR TREE STORES, INC., | Case No. CV 10-0325 SI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT COMERICA BANK'S RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| TOYAMA PARTNERS, LLC and COMERICA BANK, | |
| Defendants. | |
| | Complaint filed:  January 22, 2010 |
| | Trial date:        June 13, 2011 |

BN 6233785v2

Plaintiff Dollar Tree Stores, Inc. ("Plaintiff" or "Dollar Tree") and defendants Comerica Bank ("Comerica") and Toyama Partners, LLC ("Toyama") (collectively, "Defendants") (each a "Party" and collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**RECITALS**

1.  On May 10, 2010, Plaintiff filed and served its First Amended and Verified Complaint for Damages and Declaratory Relief, Breach of Contract, Tortious Interference and Unfair Competition ("First Amended Complaint") in this action.

2.  Pursuant to Fed.R.Civ.P. 6(d) and 15(a)(3), Comerica's response to the First Amended Complaint is currently due May 27, 2010.

3.  Pursuant to the Court's Pretrial Preparation Order, filed May 10, 2010, a hearing date of July 30, 2010 has been reserved for the hearing of any motion to dismiss the First Amended Complaint filed by Comerica.

4.  Comerica's lead counsel, Peter G. Bertrand, Esq., has been diagnosed with pneumonia and will be unable to work or to participate in Comerica's defense in this action for an indeterminate amount of time of at least several weeks.

5.  In light of the foregoing, the Parties believe that it would be in the interests of the Court and all of the Parties to extend the date for the filing of Comerica's responsive pleading to the First Amended Complaint to June 18, 2010 and to schedule the briefing on any motion to dismiss the First Amended Complaint filed by Comerica as set forth below.

6.  Pursuant to Civil L.R. 6-1(b) and 6-2, the request for enlargement of time stipulated to herein involves papers required to be filed or lodged with the Court other than an initial response to the complaint. Other than with respect to the date of filing of Comerica's responsive pleading to the First Amended Complaint the enlargement of time stipulated to herein will have no effect on the schedule for this case.

BN 6233785v2                              1

**STIP. AND ORDER EXTENDING TIME FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT - CASE NO. CV 10 0325 SI**

7. There have been no previous time modifications requested or granted with respect to Comerica.[1]

**STIPULATION**

Wherefore, the Parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. Comerica's responsive pleading to Plaintiff's First Amended Complaint shall be served and filed on or before June 18, 2010 by electronic means in compliance with Civil L.R. 5-4 and 5-5(b);

2. Any opposition to a motion to dismiss the First Amended Complaint filed by Comerica shall be served and filed by Plaintiff on or before July 9, 2010 by electronic means in compliance with Civil L.R. 5-4 and 5-5(b); and

3. Any reply in support of a motion to dismiss the First Amended Complaint filed by Comerica shall be served and filed on or before July 16, 2010 by electronic means in compliance with Civil L.R. 5-4 and 5-5(b).

Dated: May 21, 2010                FOX ROTHSCHILD LLP

                                   */s/ Jay D. Marinstein*
                                   JAY D. MARINSTEIN
                                   Attorneys for Plaintiff
                                   DOLLAR TREE STORES, INC.

Dated: May 21, 2010                BUCHALTER NEMER
                                   A Professional Corporation

                                   */s/ Julian W. Mack*
                                   JULIAN W. MACK
                                   Attorneys for Defendant
                                   COMERICA BANK

---

[1] By Stipulation dated February 11, 2010 and by Second Stipulation dated March 1, 2010 and Order filed March 10, 2010, the time for defendant Toyama to file an Answer to Plaintiff's Complaint was extended to March 9, 2010.

BN 6233785v2                       2

1  Dated: May 21, 2010                    REHON & ROBERTS, APC

                                          _*/s/ Lisa C. Roberts*_____
                                          LISA C. ROBERTS
                                          Attorneys for Defendant
                                          TOYAMA PARTNERS, LLC

BN 6233785v2                                    3

**STIP. AND ORDER EXTENDING TIME FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT - CASE NO. CV 10 0325 SI**

**ORDER**

Pursuant to the Stipulation above, **IT IS SO ORDERED**.

DATED: May __, 2010

_____
Susan Illston
Judge of the United States District Court