1  Lisa C. Roberts (SBN 111982)
   Tyler J. Olson (SBN 220796)
2  REHON & ROBERTS
   A Professional Corporation
3  830 The Alameda
   San Jose, CA  95126
4  Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
5
   Attorneys for Defendant
6  TOYAMA PARTNERS, LLC

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  DOLLAR TREE STORES, INC.,            Case No.  CV 10 0325 MEJ

12              Plaintiff,               **STIPULATION AND [PROPOSED] ORDER
                                         EXTENDING TIME FOR DEFENDANT
13       v.                              TOYAMA PARTNERS, LLC ANSWER TO
                                         PLAINTIFF'S FIRST AMENDED
14  TOYAMA PARTNERS, LLC and             COMPLAINT**
    COMERICA BANK,
15
                Defendants.
16

17         Plaintiff Dollar Tree Stores, Inc. (Plaintiff or Dollar Tree) and Defendants Comerica

18  Bank (Comerica) and Toyama Partners, LLC (Toyama) (collectively, Defendants) (each a

19  Party and collectively the Parties), by and through their respective counsel of record, hereby

20  stipulate and agree as follows:

21                                      **RECITALS**

22         1.     On May 10, 2010, Plaintiff filed and served its First Amended and Verified

23  Complaint for Damages and Declaratory Relief, Breach of Contract, Tortious Interference, and

24  Unfair Competition (First Amended Complaint) in this action.

25         2.     Pursuant to Fed.R.Civ.P. 6(d) and 15(a)(3), Toyama's response to the First

26  Amended Complaint is currently due May 27, 2010.

27

28                                          1                      StipToExtendTime_Toyama.doc

1    3.    An employee of Toyama with knowledge necessary for the preparation of

2    Toyama's answer to the First Amended Complaint will be on vacation until June 1, 2010.

3    4.    In light of the foregoing, the Parties believe that it would be in the interests of the

4    Court and all of the Parties to extend the date for the filing of Toyama's responsive pleading to

5    the First Amended Complaint to June 2, 2010.

6    5.    Pursuant to Civil L.R. 6-1(b) and 6-2, the request for enlargement of time

7    stipulated to herein involves papers required to be filed or lodged with the Court other than an

8    initial response to the complaint. Other than with respect to the date of filing of Toyama's

9    responsive pleading to the First Amended Complaint the enlargement of time stipulated to herein

10   will have no effect on the schedule for this case.

11   6.    Defendant Toyama agrees that it will not seek a further enlargement to file an

12   Answer to Plaintiff's First Amended Complaint.

13   7.    By Stipulation dated February 11, 2010 and by Second Stipulation dated March 1,

14   2010 and Order filed March 10, 2010, the time for Defendant Toyama to file an Answer to

15   Plaintiff's Complaint was extended to March 9, 2010.  Defendant Comerica has filed a stipulation

16   dated May 21, 2010 to extend its time to file its responsive pleading to June 18, 2010, and the

17   stipulation is pending before the Court.

18   \\\

19   \\\

20   \\\

21   \\\

22   \\\

23   \\\

24   \\\

25   \\\

26   \\\

27   \\\

28

2

StipToExtendTime_Toyama.doc

1

**STIPULATION**

2          WHEREFORE, the Parties, by and through their counsel of record, hereby stipulate and

3  agree as follows:

4          1.          Toyama's answer to Plaintiff's First Amended Complaint shall be served and filed

5  on or before June 2, 1010 by electronic means in compliance with Civil L.R. 5-4 and 5-5b.

6  DATED:  May 27, 2010                              FOX ROTHSCHILD LLP

7

8
                                                    By:   Jay D. Marinstein /s/
9                                                         JAY D. MARINSTEIN
                                                          Attorneys for Plaintiff
10                                                        DOLLAR TREE STORES, INC.

11

12  DATED:  May 27, 2010                             REHON & ROBERTS
                                                    A Professional Corporation
13

14

15
                                                    By:   Lisa C. Roberts /s/
16                                                        Lisa C. Roberts
                                                          Attorneys for Defendant
17                                                        TOYAMA PARTNERS, LLC

18

19  DATED:  May 27, 2010                             BUCHALTER NEMER
                                                    A Professional Corporation
20

21

22
                                                    By:   Julian W. Mack /s/
23                                                        JULIAN W. MACK
                                                          Attorneys for Defendant
24                                                        COMERICA BANK

25

26

27

28                                          3                           StipToExtendTime_Toyama.doc

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT

1

## **ORDER**

2             Pursuant to the Stipulation above, IT IS SO ORDERED.

3   DATED:  May __, 2010

4                                  Susan Illston
                                   Judge of the United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

StipToExtendTime_Toyama.doc

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT