DAVID F. FAUSTMAN (State Bar No. 081862)
FOX ROTHSCHILD, LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:   (415) 364-5540
Facsimile:    (415) 391-4436
Email:          dfaustman@foxrothschild.com

JAY D. MARINSTEIN *(Pro Hac Vice)*
FOX ROTHSCHILD, LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone:   (412) 391-1334
Facsimile:    (412) 391-6984

SCOTT R. KIPNIS *(Pro Hac Vice)*
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone:   (212) 897-7898
Facsimile:    (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>TOYAMA PARTNERS, LLC and<br>COMERICA BANK,<br><br>             Defendants. | Case No. CV-10-0325 SI<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY, AMEND PRETRIAL PREPARATION ORDER DATES, AND AMEND TRIAL DATE**<br><br>Department:   10<br>Judge:           Honorable Susan Illston<br><br>Complaint filed: January 22, 2010<br>Trial Date:        June 13, 2011 |

Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree"), Defendant Toyama Partners, LLC ("Toyama"), and Defendant Comerica Bank ("Comerica") (collectively, the "Parties"), by their undersigned counsel, file the following Stipulation to Extend Discovery, Amend Pretrial Preparation Order Dates, and Amend Trial Date, stating as follows:

1

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION AND ORDER TO EXTEND DISCOVERY AND
AMEND PRETRIAL PREPARATION ORDER DATES
SF1 48483v1 10/29/10

CASE NO: CV-10-0325 SI

1.   In its First Amended and Verified Complaint, Dollar Tree has asserted various claims against Toyama and Comerica relating to Dollar Tree's alleged loss of its retail store in the Mowry Crossing Shopping Center.

2.   On July 30, 2010, the Court held argument on Comerica's motion to dismiss the claims asserted against Comerica in the First Amended Complaint. Comerica's motion to dismiss remains pending.

3.   Over the past several months, the Parties have engaged in significant discussions concerning a potential business resolution of the matters in dispute between them.

4.   Pursuant to the Pretrial Preparation Order entered on May 10, 2010, the non-expert discovery cutoff is November 12, 2010.

5.   In light of the foregoing, the Parties desire to amend the case schedule as set forth below.

6.   The Parties hereby stipulate to a four-month extension of the deadline for completing non-expert discovery until March 14, 2011. The Parties further stipulate to corresponding extensions of the other deadlines set forth in the Pre-Trial Preparation Order, conditioned upon an amended trial date commencing not earlier than October 13, 2011, as follows: [1]

AMENDMENT OF PLEADINGS: January 14, 2011.

NON-EXPERT DISCOVERY CUTOFF IS March 14, 2011.

DESIGNATION OF EXPERTS: pltf: March 29, 2011, deft: April 20, 2011;

   REBUTTAL: pltf: May 16, 2011. Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 30, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by May 30, 2011;

   Opp. Due June 28, 2011; Reply Due July 22, 2011;

   and set for hearing no later than August 19, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 4, 2011 at 3:30 p.m.

///

---

[1] The May 10, 2010 Pretrial Preparation Order identifies a jury trial date of June 13, 2011. A four-month extension of that date would result in an amended trial date of October 13, 2011. However, since the Court's calendar may not accommodate the revised schedule, the parties have left the amended pretrial conference and trial dates to be completed by the Court.

2

STIPULATION AND ORDER TO EXTEND DISCOVERY AND
AMEND PRETRIAL PREPARATION ORDER DATES

CASE NO: CV-10-0325 SI

SF1 48483v1 10/29/10

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

1     JURY TRIAL DATE:   October 17, 2011   at   8:30 p.m.  .

2     Courtroom 10, 19th floor.

3   The Pretrial Preparation Order entered on May 10, 2010 shall remain in effect in all other respects.

5     7.   Should the Court order the relief requested in this Stipulation, the Parties respectfully request that the Court hold a conference call to coordinate the availability of the Court, counsel, and the parties for the pretrial conference and trial dates.

8     8.   The case schedule has not been previously modified.

    For the foregoing reasons, the Parties respectfully request that the Court grant their Stipulation to Extend Discovery, Amend Pretrial Preparation Order Dates, and Amend Trial.

DATED: October 29, 2010     FOX ROTHSCHILD, LLP
                                               HOFHEIMER GARTLIR & GROSS, LLP

                                               /s/ David F. Faustman
                                             DAVID F. FAUSTMAN
                                             Attorneys for Plaintiff
                                             DOLLAR TREE STORES, INC.

DATED: October 29, 2010     REHON & ROBERTS

                                             /s/ Lisa C. Roberts
                                             LISA C. ROBERTS
                                             Attorneys for Defendant
                                             TOYAMA PARTNERS, LLC

DATED: October 29, 2010     BUCHALTER NEMER

                                             /s/ Peter G. Bertrand
                                             PETER G. BERTRAND
                                             Attorneys for Defendant
                                             COMERICA BANK

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____     */s/ Susan Illston*
                                             The Honorable Susan Illston
                                             U.S. District Court Judge
                                             Northern District of California

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION AND ORDER TO EXTEND DISCOVERY AND
AMEND PRETRIAL PREPARATION ORDER DATES     CASE NO: CV-10-0325 SI

SF1 48483v1 10/29/10

DAVID F. FAUSTMAN (State Bar No. 081862)
FOX ROTHSCHILD, LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:     (415) 364-5540
Facsimile:      (415) 391-4436
Email:            dfaustman@foxrothschild.com

JAY D. MARINSTEIN (*Pro Hac Vice*)
FOX ROTHSCHILD, LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone:     (412) 391-1334
Facsimile:      (412) 391-6984

SCOTT R. KIPNIS (*Pro Hac Vice*)
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone:     (212) 897-7898
Facsimile:      (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOLLAR TREE STORES, INC., | Case No. CV-10-0325 SI |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF JAY D. MARINSTEIN IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY AND AMEND PRETRIAL PREPARATION ORDER DATES** |
| TOYAMA PARTNERS, LLC and COMERICA BANK, | |
| Defendants. | |
| | Courtroom:  10 |
| | Judge:  Honorable Susan Illston |
| | Complaint filed:  January 22, 2010 |
| | Trial Date:  June 13, 2011 |

1

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

DECLARATION OF JAY D. MARINSTEIN IN SUPPORT OF      CASE NO: CV-10-0325 SI
STIPULATION TO EXTEND DISCOVERY AND AMEND
PRETRIAL PREPARATION ORDER DATES
PT1 489965v3 10/29/10

I, JAY D. MARINSTEIN, declare as follows:

1. I am a attorney licensed in the Commonwealth of Pennsylvania. I am a member of the law firm Fox Rothschild LLP, and one of the attorneys of record for Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree").

2. I make this Declaration in support of the parties' Stipulation to Extend Discovery and Amend Pretrial Preparation Order Dates (the "Stipulation") pursuant to Civil Local Rule 6-2(a). I have personal knowledge of the facts herein. I am competent to testify, and if called upon to do so, I could and would testify as stated herein.

3. On July 30, 2010, the Court held argument on the motion of Defendant Comerica Bank ("Comerica") to dismiss the claims asserted against it in Dollar Tree's First Amended and Verified Complaint. Comerica's motion to dismiss remains pending.

4. Over the past several months, the Parties have engaged in significant discussions concerning a potential business resolution of the matters in dispute between them.

5. Pursuant to the Pretrial Preparation Order entered on May 10, 2010, the non-expert discovery cutoff is November 12, 2010. In light of the foregoing, the Parties have stipulated to amend the case schedule.

6. The requested modifications to the Pretrial Preparation Order entered on May 10, 2010 will extend the deadline for completing non-expert discovery by four months and will extend the other deadlines set forth in the Pre-Trial Preparation Order, conditioned upon an amended trial date commencing not earlier than October 13, 2011, as follows:

   (a) Amended pleadings on or before January 14, 2011;

   (b) The non-expert discovery cutoff will be March 14, 2011;

   (c) Plaintiff will designate experts by March 29, 2011, Defendants will designate experts by April 20, 2011, and Plaintiff will designate rebuttal experts by May 16, 2011;

   (d) The expert discovery cutoff will be August 30, 2011;

///

///

2

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

DECLARATION OF JAY D. MARINSTEIN IN SUPPORT OF
STIPULATION TO EXTEND DISCOVERY AND AMEND
PRETRIAL PREPARATION ORDER DATES
PT1 489965v3 10/29/10

CASE NO: CV-10-0325 SI

      (e)      Dispositive motions must be filed by May 30, 2011, with oppositions to dispositive motions due June 28, 2011, replies due July 22, 2011, and the motions set for hearing no later than August 15, 2011 at 9:00 a.m.;

      (f)      The dates for the pretrial conference and jury trial will be set as the schedules of the Court, counsel, and parties permit.

7.      The Pretrial Preparation Order entered on May 10, 2010 will remain in effect in all other respects.

8.      Should the Court order the relief requested in this Stipulation, the Parties are respectfully requesting that the Court hold a conference call to coordinate the availability of the Court, counsel, and the parties for the pretrial conference and trial dates.

9.      The case schedule has not been previously modified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2010, in Pittsburgh, Pennsylvania.

By  /s/ Jay D. Marinstein
      Jay D. Marinstein

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

3

DECLARATION OF JAY D. MARINSTEIN IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY AND AMEND PRETRIAL PREPARATION ORDER DATES

CASE NO: CV-10-0325 SI

PT1 489965v3 10/29/10