**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   DOLLAR TREE STORES, INC,                          No. C 10-325 SI

9              Plaintiff,                             **ORDER RE: DISCOVERY**

10     v.

11   TOYAMA PARTNERS LLC, *et al.*,

12              Defendants.
                                                    /
13

14          Plaintiff has filed a letter regarding several disputes that have arisen concerning a December 9,

15   2010 in-person meet and confer.  (Docket No. 113).  Because the meeting is scheduled to occur

16   tomorrow, plaintiff's counsel, in an email to the Court's clerk, requested that the Court resolve the

17   disputes on an expedited basis.  Defendant Toyama, also in an email to the Court's clerk, has objected

18   to resolving the disputes in an expedited manner.

19          One of the disputes presented by plaintiff's letter relates to whether non-local counsel for

20   plaintiff may participate in the "in-person" meet and confer by videoconference and telephone. Plaintiff

21   states that local counsel for plaintiff will attend the meet and confer in person.  The Court finds that it

22   is permissible and appropriate for plaintiff's local counsel to attend the meet and confer in person, and

23   for Jay Marinstein to participate via videoconference and Scott Kipnis to attend telephonically.

24          The Court does not resolve at this time plaintiff's request for sanctions against Toyama.  The

25   parties shall proceed with the-in person meet and confer as scheduled on December 9, 2010. If disputes

26   remain after the meet and confer, the parties shall submit a joint letter to the Court setting forth the

27   remaining discovery disputes.  During the in-person meet and confer, the parties are directed to attempt

28   to resolve plaintiff's request for sanctions.  If the parties are unable to do so, Toyama shall file a letter

1  brief limited solely to the sanctions request no later than **December 14, 2010**.

2

3        **IT IS SO ORDERED.**

4

5  Dated: December 8, 2010

6                                                                SUSAN ILLSTON
                                                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California