DAVID F. FAUSTMAN (State Bar No. 081862)
FOX ROTHSCHILD, LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:    (415) 364-5540
Facsimile:     (415) 391-4436
Email:            dfaustman@foxrothschild.com

JAY D. MARINSTEIN *(Pro Hac Vice)*
FOX ROTHSCHILD, LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone:    (412) 391-1334
Facsimile:     (412) 391-6984

SCOTT R. KIPNIS *(Pro Hac Vice)*
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone:    (212) 897-7898
Facsimile:     (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOYAMA PARTNERS, LLC and COMERICA BANK, <br><br> Defendants. | Case No. CV-10-0325 SI <br><br> **STIPULATION AND ORDER TO EXTEND DATE FOR AMENDMENT OF PLEADINGS** <br><br> Department:   10 <br> Judge:           Honorable Susan Illston <br><br> Complaint filed:  January 22, 2010 <br> Trial Date:         June 13, 2011 |

Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree") and Defendant Toyama Partners, LLC ("Toyama"), (collectively, the "Parties"), by their undersigned counsel, file the following Stipulation and Order to Extend Date for Amendment of Pleadings, stating as follows:

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

1

STIPULATION AND ORDER TO EXTEND DATE FOR
AMENDMENT OF PLEADINGS

CASE NO: CV-10-0325 SI

1.  Pursuant to a Stipulation to Extend Discovery, Amend Pretrial Preparation Order Dates, and Amend Trial Date, entered by the Court on November 2, 2010 (Dkt. No. 95), the deadline for amending pleadings is January 14, 2011.

2.  On December 1, 2010, the Court issued an Order re: Discovery, which directed the parties to meet and confer regarding a number of disputes, including the scheduling of depositions of Toyama witnesses. The Order stated, in part, "if the status of discovery requires a modification of the existing pretrial schedule, all counsel are directed to meet and confer and submit a proposed stipulation and order setting forth a modified pretrial schedule."

3.  Due to various factors, including scheduling conflicts, travel requirements for Dollar Tree's out-of-state counsel, and the desire to schedule the depositions on consecutive days, the parties were not able to schedule the depositions of Toyama's Rule 30(b)(6) designees and its manager until January 19 through 21, 2011.

4.  Dollar Tree believes that it requires the testimony of these deponents in order to evaluate anticipated amendments to its Amended Complaint.

5.  The Parties have conferred and stipulated that the date for amending pleadings be set for two weeks following the conclusion of Mr. Pau's deposition, *i.e.*, February 4, 2011:

AMENDMENT OF PLEADINGS: <u>February 4, 2011</u>.

6.  No other modifications of the November 2, 2010 Stipulation and Order to Extend Discovery, Amend Pretrial Preparation Order Dates, and Amend Trial Date are requested.

For the foregoing reasons, the Parties respectfully request that the Court grant their Stipulation and Order to Extend Date for Amendment of Pleadings.

DATED: December 22, 2010          FOX ROTHSCHILD, LLP
                                  HOFHEIMER GARTLIR & GROSS, LLP

                                  /s/ David F. Faustman
                                  DAVID F. FAUSTMAN
                                  Attorneys for Plaintiff
                                  DOLLAR TREE STORES, INC.

DATED: December 22, 2010          REHON & ROBERTS

                                  /s/ Lisa C. Roberts

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

2

STIPULATION AND ORDER TO EXTEND DATE FOR
AMENDMENT OF PLEADINGS

CASE NO: CV-10-0325 SI

|   |   |
|---|---|
| 1 | |
| 2 | LISA C. ROBERTS<br>Attorneys for Defendant<br>TOYAMA PARTNERS, LLC |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 4 | */s/ Susan Illston* |
| 5 | The Honorable Susan Illston |
| 6 | U.S. District Court Judge<br>Northern District of California |
| 7 | |
| 8 | Dated: _____, 2010 |

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION AND ORDER TO EXTEND DATE FOR
AMENDMENT OF PLEADINGS

3

CASE NO: CV-10-0325 SI