FILED

FEB 24 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

DAVID F. FAUSTMAN (State Bar No. 081862)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: dfaustman@foxrothschild.com

JAY D. MARINSTEIN (*Pro Hac Vice*)
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone: (412) 391-1334
Facsimile: (412) 391-6984

SCOTT R. KIPNIS (*Pro Hac Vice*)
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone: (212) 897-7898
Facsimile: (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC.<br><br>Plaintiff,<br><br>v.<br><br>TOYAMA PARTNERS, LLC and<br>COMERICA BANK,<br><br>Defendants. | Case No. CV-10-0325 SI<br><br>**STIPULATION TO EXTEND DEADLINE FOR MEDIATION;** [PROPOSED] **ORDER**<br><br>Courtroom: 10<br>Judge: Honorable Susan Illston<br><br>Complaint filed: January 22, 2010<br>Trial Date: October 17, 2011 |

Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree") and Defendant Toyama Partners, LLC ("Toyama") (collectively, the "Parties"), by their undersigned counsel, and pursuant to ADR Local Rule 6-5(a), hereby submit for this Court's approval the following Stipulation to Extend

1

Deadline for Mediation:

1. In its First Amended and Verified Complaint, Dollar Tree asserted various claims against Toyama and Comerica Bank relating to Dollar Tree's lease of certain premises at the Mowry Crossing Shopping Center in Newark, California.

2. Pursuant to ADR Local Rule 2-3, this case was referred to mediation by an Order of Court dated April 24, 2010, following a stipulation of the Parties ("ADR Order"). (Dkt. No. 53). The ADR Order required the parties to engage in mediation within ninety (90) days after all defendants answer Dollar Tree's Complaint. Thereafter, Reginald D. Steer, Esq. was appointed as mediator.

3. On December 1, 2010, Comerica's motion to dismiss was granted. At that time, because Toyama, the remaining defendant in this case, had filed its answer to the complaint, the 90 days for engaging in mediation commenced and the deadline for conducting became March 1, 2011.

4. However, for various reasons, the parties have not been able to schedule a mediation and will not be able to schedule a mediation within the time currently required under the ADR Order. While Mr. Steer was available to conduct a mediation when first appointed and while he communicated diligently with the parties regarding the status of the pleadings, at the time Comerica's Motion to Dismiss was granted, he was unavailable during the month of January 2011 to conduct a mediation. As a result, Mr. Steer requested the assistance of this Court, and, on January 6, 2011 and January 13, 2011, Mr. Howard A. Herman, ADR Program Director, held telephone conferences with the Parties to discuss the status of the parties' settlement discussions, the schedules of the parties, and the potential need to appoint another mediator in the case to meet the March 1, 2011 deadline. Based on these discussions, Mr. Herman postponed further discussion regarding mediation until a conference initially scheduled for February 8, 2011 but later rescheduled to March 1, 2011.

5. The Parties believe that mediation continues to be the appropriate form of ADR for this case. They also believe that the mediation should be conducted prior to April 29, 2011 They have been advised that Mr. Steer will continue to be unavailable through May 2011 and that

he has submitted to ADR Case Administrator Alice Fiel an email of recusal based on scheduling conflicts with a request for appointment of a new mediator.

6. The Parties therefore stipulate to an extension of the deadline for mediation from March 1, 2011 to April 29, 2011.

WHEREFORE, the Parties respectfully request that the Court approve this Stipulation and extend the time for the parties to engage in mediation from March 1, 2011 to April 29, 2011.

Dated: February 24, 2011        FOX ROTHSCHILD LLP

/s/ Jay D. Marinstein
JAY D. MARINSTEIN
Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

Dated: February 24, 2011        REHON & ROBERTS
/s/ Lisa C. Roberts
LISA C. ROBERTS
Attorneys for Defendant
TOYAMA PARTNERS, LLC

## ORDER

For good cause, this Court hereby approves the foregoing Stipulation and orders that the Order of Court dated April 24, 2010 (Dkt. No. 53) is hereby amended to extend the time for the Parties to engage in mediation from March 1, 2011 to April 29, 2011.

Dated: February ___, 2011

_____
The Honorable Susan Illston
U.S. District Court Judge
Northern District of California

Dated: Feb. 24 , 2011