DAVID F. FAUSTMAN (State Bar No. 081862)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:     (415) 364-5540
Facsimile:       (415) 391-4436
Email:             dfaustman@foxrothschild.com

JAY D. MARINSTEIN (*Pro Hac Vice*)
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone:     (412) 391-1334
Facsimile:       (412) 391-6984

SCOTT R. KIPNIS (*Pro Hac Vice*)
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone:     (212) 897-7898
Facsimile:       (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOYAMA PARTNERS, LLC, and COMERICA BANK,<br><br>Defendants. | Case No. CV-10-0325 SI<br><br>**STIPULATION FOR REMOVAL OF INCORRECTLY FILED DOCUMENT**<br><br>Department:      10<br>Judge:              Honorable Susan Illston<br><br>Complaint filed:  January 22, 2010<br>Trial Date:           October 17, 2011 |

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION FOR REMOVAL OF INCORRECTLY FILED DOCUMENT         CASE NO: CV-10-0325 SI

Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree") and Defendant Toyama Partners, LLC ("Toyama") (collectively, the "Parties"), by their undersigned counsel, file the following Stipulation for Removal of Incorrectly Filed Document, stating as follows:

1. Defendant Comerica Bank ("Comerica") produced the Amended and Restated Operating Agreement of Toyama Partners LLC ("Operating Agreement") during the course of this litigation.

2. The Operating Agreement contained the Social Security numbers belonging to certain investor members.  Comerica did not redact the Social Security numbers contained in the Operating Agreement or designate the Operating Agreement as confidential.

3. On February 25, 2011, Dollar Tree filed its Reply in Further Support of Motion to File Second Amended Complaint [Document No. 147].  The Operating Agreement was attached as Exhibit 5 to the Reply in Further Support of Motion to File Second Amended Complaint and contained the Social Security numbers.

4. On March 8, 2011, Toyama contacted Dollar Tree, requesting the redaction of the Social Security numbers contained in Exhibit 5 from Document No. 147.

5. On March 9, 2011, a redacted version of Exhibit 5 was filed with the Court.

6. The Parties file this Stipulation for Removal of Incorrectly Filed Document in order to remove Exhibit 5 from Document No. 147 and replace it with the redacted version.

For the foregoing reasons, the Parties respectfully request that the Court grant this Stipulation for Removal of Incorrectly Filed Document.

| | | |
|---|---|---|
| 1 | Dated: March 10, 2011 | FOX ROTHSCHILD LLP |
| 2 | | HOFHEIMER GARTLIR & GROSS, LLP |
| 3 | | /s/ Jay D. Marinstein |
| | | JAY D. MARINSTEIN |
| 4 | | Attorneys for Plaintiff |
| | | DOLLAR TREE STORES, INC. |

Dated: March 10, 2011          REHON & ROBERTS

　　　　　　　　　　　　　　　　/s/ Lisa C. Roberts
　　　　　　　　　　　　　　　　LISA C. ROBERTS
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　TOYAMA PARTNERS, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Honorable Susan Illston
U.S. District Court Judge
Northern District of California

Dated:     March 11    , 2011

STIPULATION FOR REMOVAL OF INCORRECTLY FILED DOCUMENT          CASE NO:  CV-10-0325 SI

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2011, a true and correct copy of the foregoing Stipulation for Removal of Incorrectly Filed Document was filed in accordance with the Court's electronic filing procedures. I further certify that, as a result of such electronic filing, a copy of the above-mentioned document was served upon all counsel of record.

By: /s/ Jay D. Marinstein
Jay D. Marinstein