IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES INC, | No. C 10-00325 SI |
| Plaintiff, | **AMENDED PRETRIAL PREPARATION ORDER** |
| v. | |
| TOYAMA PARTNERS LLC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: MAY 20, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 30, 2011,

DESIGNATION OF EXPERTS: pltf: 5/16/11, deft: 6/6/11 ; REBUTTAL: pltf: 6/20/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 20, 2011

DISPOSITIVE MOTIONS **SHALL** be filed by June 27, 2011;

Opp. Due July 26, 2011; Reply Due August 9, 2011;

and set for hearing no later than August 26, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 4, 2011 at 3:30 PM.

JURY TRIAL DATE: October 17, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge