DAVID F. FAUSTMAN (State Bar No. 081862)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436
Email:         dfaustman@foxrothschild.com

JAY D. MARINSTEIN (*Pro Hac Vice*)
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone:     (412) 391-1334
Facsimile:     (412) 391-6984

SCOTT R. KIPNIS (*Pro Hac Vice*)
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone:     (212) 897-7898
Facsimile:     (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOLLAR TREE STORES, INC., | Case No. CV-10-0325 SI |
|---|---|
| Plaintiff, | **STIPULATION TO AMEND COMPLAINT AND AMEND PRETRIAL PREPARATION ORDER DATES** |
| v. | |
| TOYAMA PARTNERS, LLC; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; and SAND HILL PROPERTY MANAGEMENT COMPANY, | **DEMAND FOR JURY TRIAL**<br><br>Department:   10<br>Judge:        Honorable Susan Illston<br><br>Complaint filed:  January 22, 2010<br>Trial Date:       October 17, 2011 |
| Defendants. | |

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION TO AMEND COMPLAINT AND AMEND
PRETRIAL PREPARATION ORDER DATES

CASE NO: CV-10-0325 SI

Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree") and Defendant Toyama Partners, LLC ("Toyama" and, with Dollar Tree, the "Parties"), by their undersigned counsel, file the following Stipulation to Amend Complaint and Amend Pretrial Preparation Order Dates, stating as follows:

1. This case relates to the store formerly operated by Dollar Tree in the Mowry Crossing Shopping Center (the "Shopping Center"), which was owned by Toyama.

2. At a status conference on March 11, 2011, counsel for Toyama stated that Toyama sold the Shopping Center and subsequently advised that the purchaser was Capella-Mowry, LLC ("Capella").

3. Also on March 11, 2011, this Court entered an Order Granting in Part and Denying in Part Plaintiff's Motion for Leave to File Second Amended Complaint (the "Order"), which granted Dollar Tree leave to amend its Complaint to assert claims against additional defendants Peter Pau d/b/a Sand Hill Property Company; Peter Pau, in his individual capacity and as partner of Sand Hill Property Management Company; Susanna Pau, in her capacity as partner of Sand Hill Property Management Company; and Sand Hill Property Management Company.

4. Following entry of this Court's March 11, 2011 Order, Dollar Tree requested that Toyama consent to a further amendment of the Complaint for Dollar Tree to assert claims against Capella as a purported successor to Toyama. Toyama agreed to consider the request after Dollar Tree filed its Second Amended Complaint with the confines permitted by the Order.

5. On March 22, 2011, Dollar Tree filed its Second Amended Complaint consistent with the Order.

6. Toyama has given its consent to Dollar Tree filing a Third Amended Complaint to assert claims against Capella. The Parties' stipulation is conditional and contingent on a partial modification of the Pretrial Preparation Order dates as follows:

NON-EXPERT DISCOVERY CUTOFF IS June 30, 2011.

DESIGNATION OF EXPERTS:  pltf:  June 17, 2011, deft:  July 8, 2011;

REBUTTAL:  pltf:  July 22, 2011.  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 26, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by July 8, 2011;

Opp. Due August 9, 2011; Reply Due August 23, 2011;

and set for hearing no later than September 9, 2011 at 9:00 AM.

7. The relief sought in the Stipulation will not delay the trial of this matter as those dates are not changed by this Stipulation:

PRETRIAL CONFERENCE DATE: October 4, 2011 at 3:30 PM.

JURY TRIAL DATE: October 17, 2011 at 8:30 AM.

For the foregoing reasons, the Parties respectfully request that the Court grant this Stipulation, grant Dollar Tree leave to file a Third Amended Complaint in order to assert claims against Capella, and amend the Pretrial Preparation Order dates as set forth above.

Dated: March 31, 2011

FOX ROTHSCHILD LLP
HOFHEIMER GARTLIR & GROSS, LLP

 /s/ Jay D. Marinstein
JAY D. MARINSTEIN
Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

Dated:  March 31, 2011

REHON & ROBERTS

 /s/ Lisa C. Roberts
LISA C. ROBERTS
Attorneys for Defendant
TOYAMA PARTNERS, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_[signature: Susan Illston]_

The Honorable Susan Illston
U.S. District Court Judge
Northern District of California

Dated:  4/4/11 , 2011

---

STIPULATION TO AMEND COMPLAINT AND AMEND
PRETRIAL PREPARATION ORDER DATES

CASE NO:  CV-10-0325 SI

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2011, a true and correct copy of the foregoing Stipulation to Amend Complaint and Amend Pretrial Preparation Order Dates was filed in accordance with the Court's electronic filing procedures. I further certify that, as a result of such electronic filing, a copy of the above-mentioned document was served upon all counsel of record.

By: /s/ Jay D. Marinstein
Jay D. Marinstein