IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC, | No. C 10-325 SI |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| TOYAMA PARTNERS LLC, *et al.*, | |
| Defendants. / | |

The parties have submitted a number of discovery disputes to the Court. (Docket Nos. 169-170, 172-176, 182-196, 199-201)  The Court hereby REFERS these discovery disputes, and all future discovery disputes, to a Magistrate Judge for determination in the first instance.

**IT IS SO ORDERED.**

Dated: April 22, 2011

SUSAN ILLSTON
United States District Judge