**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DOLLAR TREE STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOYAMA PARTNERS LLC, *et al.*, <br><br> Defendants. | No. CV 10-0325 SI (NJV) <br><br> **ORDER REQUIRING PARTIES TO MEET AND CONFER RE: PENDING DISCOVERY DISPUTES** <br><br> (Docket Nos. 169, 172, 194) |

The district court has referred the parties' pending discovery motions and all future discovery disputes to this Court for determination. Doc. No. 202. Plaintiff has filed motions to compel: 1) Defendants to produce documents relating to Plaintiff's alter ego claims; and 2) the Pau Defendants to produce certain documents requested in Plaintiff's February 16, 2011 subpoenas. Doc. Nos. 169 & 194. Defendants have moved for a protective order to prevent Plaintiff from seeking discovery against or as to the newly named Defendants in the Second and Third Amended Complaints before the parties' Rule 26(f) conference. Doc. No. 172; *see* Fed. R. Civ. P. 26(d), 26(f).

The Court ORDERS counsel for all parties to engage in an in-person meet and confer regarding the pending discovery disputes. Counsel shall engage in a meaningful meet and confer regarding outstanding discovery requests and the pending discovery disputes. Counsel shall notify the Court's courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the scheduled date for the in-person meet and confer. If the parties are unable to resolve their discovery disputes after the in-person meet and confer, counsel shall submit a single joint letter to

the Court succinctly setting forth the parties' positions on each disputed issue. As Judge Illston previously ordered, Plaintiff's non-local counsel may participate in the "in-person" meet and confer by videoconference and/or telephone. *See* Doc. No. 115.

For future discovery disputes, the parties are instructed to continue to follow Judge Illston's standing orders requiring the following: "after full compliance with Civil L.R. 37-1, file and serve a letter brief, 5 pages or less, explaining the dispute and relief sought. Opposing counsel shall respond by letter brief, 5 pages or less, within one week. The Court will deem the matter submitted unless the Court determines that the issue requires oral argument, in which case a conference [or hearing] will be arranged." Counsel must deliver two (2) chambers copies of all filings to Judge Vadas' attention at 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: May 5, 2011

NANDOR J. VADAS
United States Magistrate Judge