IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES INC, | No. C 10-00325 SI |
| Plaintiff, | **SECOND AMENDED PRETRIAL PREPARATION ORDER** |
| v. | |
| TOYAMA PARTNERS LLC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 12, 2011,

DESIGNATION OF EXPERTS: pltf: 8/12/11, deft: 9/2/11 ; REBUTTAL: pltf: 9/16/11.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 30, 2011

DISPOSITIVE MOTIONS **SHALL** be filed by August 26, 2011;

   Opp. Due September 9, 2011;  Reply Due September 19, 2011;

   and set for hearing no later than October 7, 2011 at 9:00 AM.
      (The court is not available on 9/30/11)

PRETRIAL CONFERENCE DATE: October 11, 2011 at 3:30 PM.
(Pretrial filings due: October 7, 2011)

JURY TRIAL DATE: October 17, 2011 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/23/11

SUSAN ILLSTON
United States District Judge