IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC, | No. C 11-2696 SI |
| Plaintiff, | Related Case No. C 10-325 SI |
| v. | **ORDER OF REFERRAL** |
| PETER PAU, *et al.*, | |
| Defendants. | |

This case is related to *Dollar Tree Stores v. Toyama Partners LLC*, C 10-325 SI. The Court previously referred all discovery disputes in that related case to Magistrate Judge Vadas. The Court now REFERS all pending and future discovery disputes in this case to Magistrate Judge Vadas for determination in the first instance.

**IT IS SO ORDERED.**

Dated: June 30, 2011

SUSAN ILLSTON
United States District Judge