**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DOLLAR TREE STORES, INC.,

        Plaintiff,

  v.

TOYAMA PARTNERS LLC, *et al.*,

        Defendants.

_____/

No. CV 10-0325 SI (NJV)

**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME**

(Docket No. 254)

The district court has referred the parties' discovery disputes to this Court for determination. Doc. Nos. 202, 248.  On July 5, 2011, Plaintiff Dollar Tree Stores, Inc. moved to compel Defendants Toyama Partners, LLC, Peter Pau, Susana Pau, Sand Hill Property Management Co., and Capella-Mowry, LLC to produce privilege logs.  Doc. No. 252.  On June 7, 2011, Plaintiff moved to shorten time on its motion to be heard simultaneously with other pending discovery disputes on July 14, 2011.  Doc. No. 254.  Defendants oppose Plaintiff's motion to shorten time, arguing that Plaintiff failed to follow this Court's May 5, 2011 order and failed to meet and confer regarding its motion to compel and its motion to shorten time.  Doc. No. 257.  Having carefully considered the papers submitted, the Court denies Plaintiff's motion to shorten time because good cause has not been established to shorten time and because Plaintiff has not followed this Court's instructions regarding future discovery disputes in the May 5, 2011 order.

**IT IS SO ORDERED.**

Dated:  July 12, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court

For the Northern District of California