DAVID F. FAUSTMAN (State Bar No. 081862)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436
Email:         dfaustman@foxrothschild.com

JAY D. MARINSTEIN (*Pro Hac Vice*)
PATRICK L. ABRAMOWICH (*Pro Hac Vice*)
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone:     (412) 391-1334
Facsimile:     (412) 391-6984

SCOTT R. KIPNIS (*Pro Hac Vice*)
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone:     (212) 897-7898
Facsimile:     (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOYAMA PARTNERS, LLC; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC,<br><br>　　　　Defendants. | Case No.  CV-10-0325 SI (NJV)<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS DESIGNATED CONFIDENTIAL BY DEFENDANTS UNDER SEAL**<br><br>Judge:  Honorable Nandor J. Vadas<br><br>Complaint filed:     January 22, 2010<br>Trial Date:          October 17, 2011 |

**1**  Having reviewed Plaintiff Dollar Tree Stores, Inc.'s Administrative Motion to File
**2**  Documents Designated Confidential by Defendants Under Seal, the Declaration of Patrick L.
**3**  Abramowich in Support and the response of Toyama Partners, LLC,
**4**  IT IS HEREBY ORDERED THAT Plaintiff's Motion to Seal is GRANTED. Dollar Tree
**5**  may file the confidential and attorneys' eyes only documents referenced in its June 3, 2011 letter
**6**  brief and more fully identified in the Motion under seal and provide copies of these documents to
**7**  Chambers. The Clerk is hereby directed to accept those documents for filing under seal and to
**8**  maintain them under seal.

Dated: July 14, 2011

The Honorable Nandor J. Vardas
U.S. District Court Magistrate Judge
Northern District of California

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

CASE NO:  CV-10-0325 SI