**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DOLLAR TREE STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOYAMA PARTNERS LLC, *et al.*, <br><br> Defendants. | No. CV 10-0325 SI (NJV) <br><br> **ORDER REQUIRING SUPPLEMENTAL BRIEFING RE: PRIVILEGE LOGS** <br><br> (Docket No. 252) |

The district court has referred the parties' pending discovery motions and all future discovery disputes to this Court for determination. Doc. Nos. 202, 248. Plaintiff Dollar Tree Stores, Inc. moves to compel Defendants Toyama Partners, LLC, Peter Pau, Susana Pau, Sand Hill Property Management Co., and Capella-Mowry, LLC to supplement their privilege logs. Doc. No. 252. Defendants oppose the motion. Doc. No. 260. By close of business, Thursday, July 21, 2011, the Court orders Plaintiff to supplement its briefing by filing a declaration limited to two (2) pages and attaching Plaintiff's privilege log(s) that have been served on Defendants.

**IT IS SO ORDERED.**

Dated: July 19, 2011

NANDOR J. VADAS
United States Magistrate Judge