IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES INC, | No. C 10-00325 SI & 11-2696 SI |
| Plaintiff, | **THIRD PRETRIAL PREPARATION ORDER** |
| v. | |
| TOYAMA PARTNERS LLC, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 30, 2011 ,

DESIGNATION OF EXPERTS: pltf: 9/30/11, deft: 10/14/11 ; REBUTTAL: pltf: 10/28/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 18, 2011

DISPOSITIVE MOTIONS **SHALL** be filed by October 28, 2011;

Opp. Due November 11, 2011; Reply Due November 18, 2011;

and set for hearing no later than December 2, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 20, 2011 at 3:30 PM.
(Pretrial filings due: December 13, 2011)

JURY TRIAL DATE: January 17, 2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7-10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/2/11

SUSAN ILLSTON
United States District Judge