| | |
|---|---|
| 1 | DAVID F. FAUSTMAN (State Bar No. 081862)<br>FOX ROTHSCHILD, LLP<br>235 Pine Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>Email: dfaustman@foxrothschild.com |
| 4 | JAY D. MARINSTEIN (*Pro Hac Vice*)<br>FOX ROTHSCHILD, LLP<br>625 Liberty Avenue, 29th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 391-1334<br>Facsimile: (412) 391-6984 |
| 8 | SCOTT R. KIPNIS (*Pro Hac Vice*)<br>HOFHEIMER GARTLIR & GROSS, LLP<br>530 Fifth Avenue<br>New York, NY 10036<br>Telephone: (212) 897-7898<br>Facsimile: (212) 897-4999 |
| 11 | Attorneys for Plaintiff<br>DOLLAR TREE STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOYAMA PARTNERS, LLC; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC,<br><br>　　　　Defendants. | **STIPULATION TO AMEND PRETRIAL PREPARATION ORDER DATES AND CASE MANAGEMENT CONFERENCE DATE**<br><br>Judge: Honorable Susan Illston<br><br>Case No.　　CV-10-0325 SI<br><br>Complaint filed:　January 22, 2010<br>Trial Date:　　　January 17, 2012 |
| DOLLAR TREE STORES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER PAU, TOYAMA PARTNERS, LLC, and CAPELLA-MOWRY, LLC,<br><br>　　　　Defendants. | Case No. CV-11-2696 SI<br><br>Complaint filed:　June 3, 2011<br>Trial Date:　　　January 17, 2012 |

Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree") and Defendants Toyama Partners, LLC ("Toyama"), Peter Pau d/b/a Sand Hill Property Company, a sole proprietorship ("SH Property"), Peter Pau, in his individual capacity and as partner of Sand Hill Property Management Company ("Pau"), Susanna Pau, in her capacity as partner of Sand Hill Property Management Company ("Susanna"), Sand Hill Property Management Company ("SH Management"), and Capella-Mowry, LLC ("Capella") (together, the "Parties") by their undersigned counsel, file the following Stipulation to Amend Pretrial Preparation Order Dates and Case Management Conference Date, stating as follows:

1. The Parties in these consolidated cases are currently engaged in taking depositions in California, Virginia, and New York City. Given the scheduling and logistical difficulties of completing such discovery and incorporating it into expert reports, the Parties are requesting a one-week extension to the existing expert disclosure dates.

2. The currently-scheduled dates for expert disclosures are:

Plaintiff's deadline for designation of experts: September 30, 2011;

Defendants' deadline for designation of experts: October 14, 2011;

Plaintiff's deadline for rebuttal: October 28, 2011.

3. The Parties have agreed that amendment of the Court's Third Amended Pretrial Preparation Order (Docket No. 280) and Civil Pretrial Minutes of July 29, 2011 (Docket No. 279) are warranted, and have stipulated to the following amended dates:

FURTHER CASE MANAGEMENT CONFERENCE: October 14, 2011;

DESIGNATION OF EXPERTS: pltf: October 7, 2011, deft: October 21, 2011;

REBUTTAL: pltf: November 4, 2011. Parties **SHALL** conform to Rule 26(a)(2).

4. In addition, the next Case Management Conference is currently scheduled for October 7, 2011, which is the eve of Yom Kippur.

5. Given this conflict, the Parties are requesting that the Case Management

---

| | |
|---|---|
| 1 | Conference be rescheduled to the following week on October 14, 2011. |
| 2 | For the foregoing reasons, the Parties respectfully request that the Court grant this |
| 3 | Stipulation and amend the Pretrial Preparation Order and Case Management Conference dates as |
| 4 | set forth above. |

Dated: September 6, 2011                FOX ROTHSCHILD LLP
                                        HOFHEIMER GARTLIR & GROSS, LLP

                                         /s/ Jay D. Marinstein
                                        JAY D. MARINSTEIN
                                        Attorneys for Plaintiff
                                        DOLLAR TREE STORES, INC.

Dated: September 6, 2011                REHON & ROBERTS

                                         /s/ Lisa C. Roberts
                                        LISA C. ROBERTS
                                        Attorneys for Defendants
                                        TOYAMA PARTNERS, LLC, et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
The Honorable Susan Illston
U.S. District Court Judge
Northern District of California

Dated: ___9/7_____, 2011

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2011, a true and correct copy of the foregoing Stipulation to Amend Pretrial Preparation Order Dates and Case Management Conference Date was filed in accordance with the Court's electronic filing procedures. I further certify that, as a result of such electronic filing, a copy of the above-mentioned document was served upon all counsel of record.

By: /s/ Jay D. Marinstein
Jay D. Marinstein