DAVID F. FAUSTMAN (State Bar No. 081862)
FOX ROTHSCHILD, LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:    (415) 364-5540
Facsimile:    (415) 391-4436
Email:        dfaustman@foxrothschild.com

JAY D. MARINSTEIN (*Pro Hac Vice*)
FOX ROTHSCHILD, LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone:    (412) 391-1334
Facsimile:    (412) 391-6984

SCOTT R. KIPNIS (*Pro Hac Vice*)
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone:    (212) 897-7898
Facsimile:    (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOYAMA PARTNERS, LLC; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC, <br><br> Defendants. | **STIPULATION TO AMEND PRETRIAL PREPARATION ORDER DATES RELATING TO EXPERT WITNESSES** <br><br> Judge:  Honorable Susan Illston <br><br> Case No.         CV-10-0325 SI <br><br> Complaint filed:   January 22, 2010 <br> Trial Date:        January 17, 2012 |
| DOLLAR TREE STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER PAU, TOYAMA PARTNERS, LLC, and CAPELLA-MOWRY, LLC, <br><br> Defendants. | Case No.  CV-11-2696 SI <br><br> Complaint filed:   June 3, 2011 <br> Trial Date:        January 17, 2012 |

Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree") and Defendants Toyama Partners, LLC ("Toyama"), Peter Pau d/b/a Sand Hill Property Company, a sole proprietorship ("SH Property"), Peter Pau, in his individual capacity and as partner of Sand Hill Property Management Company ("Pau"), Susanna Pau, in her capacity as partner of Sand Hill Property Management Company ("Susanna"), Sand Hill Property Management Company ("SH Management"), and Capella-Mowry, LLC ("Capella") (together, the "Parties") by their undersigned counsel, file the following Stipulation to Amend Pretrial Preparation Order Dates Relating to Expert Witnesses, stating as follows:

1. The Parties in these consolidated cases have experienced scheduling and logistical difficulties with respect to ongoing depositions, and therefore request a one-week extension to the existing expert discovery dates.

2. The currently-scheduled dates for expert disclosures are:

Plaintiff's deadline for designation of experts: October 7, 2011;

Defendants' deadline for designation of experts: October 21, 2011;

Plaintiff's deadline for rebuttal: November 4, 2011;

Expert discovery cutoff: November 18, 2011.

3. The Parties have agreed that amendment of the Court's Third Amended Pretrial Preparation Order (Docket No. 280) and Order on the Parties' Stipulation to Amend Pretrial Preparation Order Dates and Case Management Conference Dates of September 8, 2011 (Docket No. 296) are warranted, and have stipulated to the following amended dates:

DESIGNATION OF EXPERTS: pltf: October 14, 2011, deft: October 28, 2011;

REBUTTAL: pltf: November 11, 2011. Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 23, 2011.

For the foregoing reasons, the Parties respectfully request that the Court grant this Stipulation and Amend the Pretrial Preparation Order Dates Relating to Expert Witnesses as set forth above.

Dated: September 29, 2011     FOX ROTHSCHILD LLP
                              HOFHEIMER GARTLIR & GROSS, LLP

                              /s/ Jay D. Marinstein
                              JAY D. MARINSTEIN
                              Attorneys for Plaintiff
                              DOLLAR TREE STORES, INC.

Dated: September 29, 2011     REHON & ROBERTS

                              /s/ Lisa C. Roberts
                              LISA C. ROBERTS
                              Attorneys for Defendants
                              TOYAMA PARTNERS, LLC, et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Honorable Susan Illston
U.S. District Court Judge
Northern District of California

Dated: _____9/29_____, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2011, a true and correct copy of the foregoing Stipulation and Amend the Pretrial Preparation Order Dates Relating to Expert Witnesses was filed in accordance with the Court's electronic filing procedures. I further certify that, as a result of such electronic filing, a copy of the above-mentioned document was served upon all counsel of record.

By: /s/ Jay D. Marinstein
Jay D. Marinstein