| | |
|---|---|
| 1 | Peter M. Rehon (SBN 100123) |
| 2 | Lisa C. Roberts (SBN 111982) |
|   | Mark V. Isola (SBN 154614) |
| 3 | REHON & ROBERTS |
|   | A Professional Corporation |
| 4 | 830 The Alameda |
|   | San Jose, CA  95126 |
| 5 | Telephone: (408) 494-0900 |
| 6 | Facsimile: (408) 494-0909 |
| 7 | Attorneys for Defendants and Counterclaimants TOYAMA PARTNERS, LLC; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC., | Case No.  CV 10 0325 SI |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR MOTIONS TO COMPEL FACT DISCOVERY; [PROPOSED] ORDER** |
| v. | |
| TOYAMA PARTNERS, LLC; COMERICA BANK; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC, | |
| Defendants. | |

1

| | |
|---|---|
| PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC, <br><br> Counterclaimants, <br><br> v. <br><br> DOLLAR TREE STORES, INC. <br><br> Counter-Defendant. | |
| DOLLAR TREE STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER PAU, TOYAMA PARTNERS, LLC, and CAPELLA-MOWRY, LLC. <br><br> Defendants. | Case No.  CV 11 002696 SI |

Plaintiff /Counter-Defendant Dollar Tree Stores, Inc. ("Dollar Tree"), and Defendants/Counterclaimants Toyama Partners, LLC, Peter Pau d/b/a Sand Hill Property Company, Peter Pau, Sand Hill Property Management Company, Susanna Pau, and Capella-Mowry, LLC ("Defendants;" collectively, Dollar Tree and Defendants are referred to as the "Parties"), by their undersigned counsel, enter into the following Stipulation to extend the deadline for discovery motions and request Court approval as follows:

  1. The Parties have been communicating regarding unresolved discovery issues, including, but not limited to, the need for supplemental responses to written discovery and the need for production of additional documents.

  2. The Parties have agreed to provide supplemental discovery responses and

1  documents, with that process to be completed by no later than October 14, 2011, or they will
2  confirm in writing prior to that date that no further responses or documents will provided.

3       3.    As a result of these discussions, the Parties have agreed to extend the cutoff date
4  for the filing of motions to compel further discovery responses.  Currently, that cutoff date (based
5  on the fact discovery cutoff date of September 30, 2011, and Local Rule 37-3) is October 7, 2011.
6  The parties are requesting the last day for the filing of motions to compel fact discovery be
7  extended to October 21, 2011.

8      WHEREFORE, the Parties respectfully request that the Court approve this Stipulation and
9  extend the deadline for the filing of motions to compel fact discovery to October 21, 2011.

10  DATED: October 7, 2011          FOX ROTHSCHILD, LLP

12                                  By:   /s/ Jay D. Marinstein
                                          Jay D. Marinstein
                                          Attorneys for Plaintiff/Counterdefendant
13                                        DOLLAR TREE STORES, INC.

14  DATED:  October 7, 2011         REHON & ROBERTS
                                    A Professional Corporation

16                                  By:   /s/ Peter M. Rehon
                                          Peter M. Rehon
17                                        Attorneys for Defendants and
                                          Counterclaimants TOYAMA PARTNERS,
18                                        LLC; PETER PAU d/b/a SAND HILL
                                          PROPERTY COMPANY, a sole
19                                        proprietorship; PETER PAU, in his
                                          individual capacity and as partner of SAND
20                                        HILL PROPERTY MANAGEMENT
                                          COMPANY; SUSANNA PAU, in her
21                                        capacity as partner of SAND HILL
                                          PROPERTY MANAGEMENT COMPANY;
22                                        SAND HILL PROPERTY MANAGEMENT
                                          COMPANY, and CAPELLA-MOWRY,
23                                        LLC.

24  PURSUANT TO STIPULATION, IT IS SO ORDERED:

25
    DATED: October __7_ 2011         _____
26                                   The Honorable Nandor J. Vadas [struck through]
                                     United States Magistrate Judge

3

STIPULATION TO EXTEND DISCOVERY MOTION CUTOFF

PT1 552019v2 10/07/11