DAVID F. FAUSTMAN (State Bar No. 81862)
FOX ROTHSCHILD
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

JAY D. MARINSTEIN (*Pro Hac Vice*)
PATRICK L. ABRAMOWICH (*Pro Hac Vice*)
FOX ROTHSCHILD
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone: (412) 391-1334
Facsimile: (412) 391-6984

SCOTT R. KIPNIS (*Pro Hac Vice*)
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone: (212) 897-7898
Facsimile: (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

LISA C. ROBERTS (State Bar No. 111982)
PETER M. REHON (State Bar No. 100123)
REHON & ROBERTS
A Professional Corporation
830 The Alameda
San Jose, CA 95126
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Defendant TOYAMA PARTNERS, LLC; and Defendants and Counterclaimants PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOYAMA PARTNERS, LLC; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC,<br><br>Defendants. | **STIPULATION GRANTING LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT, TO AMEND PRETRIAL PREPARATION ORDER DATES RELATING TO EXPERT DISCLOSURES AND DISPOSITIVE MOTIONS, AND TO CONDUCT DEPOSITION OF FACT WITNESS AFTER CLOSE OF NON-EXPERT DISCOVERY**<br><br>Judge: Honorable Susan Illston<br><br>Case No. CV-10-0325 SI<br><br>Complaint filed: January 22, 2010<br>Trial Date: January 17, 2012 |

STIPULATION GRANTING LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT, TO AMEND PRETRIAL PREPARATION ORDER DATES RELATING TO EXPERT DISCLOSURES AND DISPOSITIVE MOTIONS, AND TO CONDUCT DEPOSITION OF FACT WITNESS AFTER CLOSE OF NON-EXPERT DISCOVERY

CASE NO: CV-10-0325 SI

Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree") and Defendants Toyama Partners, LLC ("Toyama"), Peter Pau individually and d/b/a Sand Hill Property Company ("Pau"), Susanna Pau ("Ms. Pau"), Sand Hill Property Management Company ("SH Management"), and Capella-Mowry, LLC ("Capella") (collectively, "Defendants" and, with Dollar Tree, the "Parties"), by their undersigned counsel, file the following Stipulation Granting Leave to File First Amended Consolidated Complaint, to Amend Pretrial Preparation Order Dates Relating to Expert Disclosures and Dispositive Motions, and to Conduct Deposition of Fact Witness After Close of Non-Expert Discovery, stating as follows:

1. On September 21, 2011, Defendants served responses to Dollar Tree's requests for admissions and interrogatories. The responses disclosed for the first time that Toyama and Capella executed a Second Amendment to the Sale Agreement for the Mowry Crossing Shopping Center, which bears a date of February 15, 2011, on April 21, 2011.

2. Dollar Tree desires to amend its Consolidated Complaint (Doc. No. 281) to include this fact and assert an alternative fraudulent conveyance theory based thereon.

3. Although Defendants dispute the relevance and significance of the facts stated in paragraph 1 and also dispute the merits of the proposed amendment to the Consolidated Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants have consented to Dollar Tree filing a First Amended Consolidated Complaint, as set forth above, to permit the parties to reach the merits of this dispute more quickly and efficiently.

4. In light of the amendment to Dollar Tree's Consolidated Complaint, the Parties have further agreed to a partial modification of the deadlines set forth in Third Pretrial Preparation Order (Doc. No. 280) and Order granting Stipulation to Amend Pretrial Preparation Order Dates Relating to Expert Witnesses (Doc. No. 315), as follows:

DESIGNATION OF EXPERTS: deft: November 4, 2011;

REBUTTAL: pltf: November 18, 2011. Parties **SHALL** conform to Rule 26(a)(2).

STIPULATION GRANTING LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT, TO AMEND PRETRIAL PREPARATION ORDER DATES RELATING TO EXPERT DISCLOSURES AND DISPOSITIVE MOTIONS, AND TO CONDUCT DEPOSITION OF FACT WITNESS AFTER CLOSE OF NON-EXPERT DISCOVERY

CASE NO: CV-10-0325 SI

1   EXPERT DISCOVERY CUTOFF is November 30, 2011.

2   DISPOSITIVE MOTIONS **SHALL** be filed by November 4, 2011;

3   Opp. Due November 16, 2011; Reply Due November 23, 2011;

4   5. The relief sought in the Stipulation will not delay the trial of this matter as those

5   dates are not changed by this Stipulation:

6   HEARING ON DISPOSITIVE MOTIONS: No later than December ~~2~~ 16, 2011, at 9:00 a.m.

7   FURTHER CASE MANAGEMENT CONFERENCE: December ~~2~~ 16, 2011, at 3:00 p.m.

8   PRETRIAL CONFERENCE DATE: ~~December 20, 2011~~ 1/24/12, at 3:30 p.m.

9   JURY TRIAL DATE: ~~January 17, 2012, at 8:30 a.m.~~ 2/6

10  6. Due to the scope of the issues and evidence to be addressed, the Parties further

11  stipulate to a 35-page limit for all dispositive motions and responses thereto and request that the

12  Court grant leave accordingly.

13  7. The Parties also seek an extension of the fact discovery period for the limited

14  purpose of deposing Richard Daniel ("Mr. Daniel"), a former Comerica loan officer.

15  8. Mr. Daniel was subpoenaed to appear during the discovery period on September

16  20, 2011, but went to the wrong location because his counsel did not provide him with an

17  amended subpoena. Since that time, Mr. Daniel has actively evaded both Parties' attempts to

18  serve amended subpoenas.

19  9. Dollar Tree filed a Motion on October 14, 2011 (Doc. No. 324), which Defendants

20  joined separately (Doc. No. 326), requesting that the Court (i) authorize alternate service of a

21  subpoena upon Mr. Daniel, and (ii) extend the fact discovery period for the limited purpose of

22  deposing Mr. Daniel. The Parties propose to depose Mr. Daniel on the first date that Mr. Daniel

23  and counsel are mutually available.

24  10. At a hearing on October 19, 2011, Judge Vadas stated that he is willing to grant

25  the requested relief concerning Mr. Daniel, provided that Judge Illston approves the limited

26  extension of the fact discovery period. Accordingly, the Parties request such approval herein.

27

28  STIPULATION TO AMEND CONSOLIDATED COMPLAINT AND      CASE NO: CV-10-0325 SI
    PRETRIAL PREPARATION ORDER DATES RELATING TO
    EXPERT WITNESSES AND DISPOSITIVE MOTIONS, AND TO
    CONDUCT DEPOSITION OF FACT WITNESS AFTER CLOSE OF
    NON-EXPERT DISCOVERY

2

For the foregoing reasons, the Parties respectfully request that the Court enter this Stipulation (i) granting leave for Dollar Tree to file a First Amended Consolidated Complaint; (ii) amending the Pretrial Preparation Order dates for expert disclosures and dispositive motions as set forth above; (iii) granting the Parties leave to file briefs not exceeding 35 pages in support of and in opposition to dispositive motions; and (iv) granting the Parties leave to depose third-party witness Richard Daniel outside of the period for non-expert discovery.

| Dated: October 21, 2011 | /s/<br>Jay D. Marinstein (Admitted *Pro Hac Vice*)<br>FOX ROTHSCHILD LLP<br>Attorney for Plaintiff<br>Dollar Tree Stores, Inc. |
|---|---|
| | |
| Dated: October 21, 2011 | /s/<br>Peter M. Rehon<br>REHON & ROBERTS<br>Attorneys for Defendant TOYAMA PARTNERS, LLC; and Defendants and Counterclaimants PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
The Honorable Susan Illston
U.S. District Court Judge
Northern District of California

10/25/11

3

STIPULATION TO AMEND CONSOLIDATED COMPLAINT AND PRETRIAL PREPARATION ORDER DATES RELATING TO EXPERT WITNESSES AND DISPOSITIVE MOTIONS, AND TO CONDUCT DEPOSITION OF FACT WITNESS AFTER CLOSE OF NON-EXPERT DISCOVERY

CASE NO:  CV-10-0325 SI