IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOLLAR TREE STORES INC,

    Plaintiff,

  v.

TOYAMA PARTNERS LLC, *et al.*,

    Defendants.

No. C 10-325 SI; No. 11-2696 SI

**ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE VADAS**

Defendants have filed a motion for relief from Magistrate Judge Vadas' Order Granting Plaintiff's Motion to Compel Discovery Under the Crime Fraud Exception to the Attorney Client Privilege. In that 17 page order, Judge Vadas found that plaintiff had met its burden of showing that there is reasonable cause to believe that *in camera* review may reveal evidence to establish that the crime-fraud exception to the attorney client privilege applies. Judge Vadas ordered defendants to produce updated privilege logs, and the order states that Judge Vadas will then notify defendants which documents to produce for *in camera* review.

The Court has reviewed defendants' objections to Judge Vadas' order and finds that they are without merit. Accordingly, the Court DENIES defendants' motion and directs defendants to comply with Judge Vadas' order forthwith. This order resolves Docket No. 374.

**IT IS SO ORDERED.**

Dated: November 29, 2011

SUSAN ILLSTON
United States District Judge