| | | |
|---|---|---|
| 1 | DAVID F. FAUSTMAN (State Bar No. 81862) | LISA C. ROBERTS (State Bar No. 111982) |
| | FOX ROTHSCHILD | PETER M. REHON (State Bar No. 100123) |
| 2 | 235 Pine Street, Suite 1500 | REHON & ROBERTS |
| | San Francisco, CA 94104 | A Professional Corporation |
| 3 | Telephone: (415) 364-5540 | 830 The Alameda |
| | Facsimile: (415) 391-4436 | San Jose, CA  95126 |
| 4 | | Telephone: (408) 494-0900 |
| | JAY D. MARINSTEIN (*Pro Hac Vice*) | Facsimile: (408) 494-0909 |
| 5 | PATRICK L. ABRAMOWICH (*Pro Hac Vice*) | |
| 6 | FOX ROTHSCHILD | Attorneys for Defendants and |
| | 625 Liberty Avenue, 29th Floor | Counterclaimants TOYAMA PARTNERS, |
| 7 | Pittsburgh, PA  15222 | LLC; PETER PAU d/b/a SAND HILL |
| | Telephone: (412) 391-1334 | PROPERTY COMPANY, a sole |
| 8 | Facsimile: (412) 391-6984 | proprietorship; PETER PAU, in his individual |
| | | capacity and as partner of SAND HILL |
| 9 | SCOTT R. KIPNIS (*Pro Hac Vice*) | PROPERTY MANAGEMENT COMPANY; |
| 10 | HOFHEIMER GARTLIR & GROSS, LLP | SUSANNA PAU, in her capacity as partner |
| | 530 Fifth Avenue | of SAND HILL PROPERTY |
| 11 | New York, NY  10036 | MANAGEMENT COMPANY; SAND HILL |
| | Telephone: (212) 897-7898 | PROPERTY MANAGEMENT COMPANY, |
| 12 | Facsimile: (212) 897-4999 | and CAPELLA-MOWRY, LLC. |

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC., | Case No.  CV 10 0325 SI |
| Plaintiff, | **STIPULATION GRANTING LEAVE TO FILE AMENDED ANSWER TO DOLLAR TREE'S FIRST AMENDED AND CONSOLIDATED COMPLAINT** |
| v. | |
| TOYAMA PARTNERS, LLC; COMERICA BANK; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC, | Judge:  Honorable Susan Illston |
| | Case No.  CV-10-0325 SI |
| | Complaint filed:  January 22, 2010 |
| | Trial Date:  February 6, 2012 |
| Defendants. | |

STIPULATION GRANTING LEAVE TO FILE AMENDED ANSWER TO DOLLAR TREE'S FIRST AMENDED AND CONSOLIDATED COMPLAINT

CASE NO:  CV-10-0325 SI

Case 3:10-cv-00325-SI   Document 413   Filed 11/29/11   Page 2 of 3

Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree") and Defendants Toyama Partners, LLC ("Toyama"), Peter Pau individually and d/b/a Sand Hill Property Company ("Pau"), Susanna Pau ("Ms. Pau"), Sand Hill Property Management Company ("SH Management"), and Capella-Mowry, LLC ("Capella") (collectively, "Defendants" and, with Dollar Tree, the "Parties"), by their undersigned counsel, file the following Stipulation Granting Leave to File Amended Answer to Dollar Tree's First Amended and Consolidated Complaint ("Stipulation"), stating as follows:

1. Dollar Tree filed its First Amended Consolidated Complaint against Defendants ("Complaint") on October 26, 2011.

2. Defendants filed their Answer to Dollar Tree's Complaint ("Answer") on November 9, 2011.

3. In paragraph 153 of the Complaint, Dollar Tree averred that a Second Amendment to the Sale Agreement by which Toyama transferred the Mowry Crossing Shopping Center to Capella was drafted after the closing.

4. Defendants asserted objections to paragraph 153 based on the attorney-client privilege and the attorney work product doctrine and denied the averments on this basis.

5. As a result of subsequent conferences between counsel, Defendants agreed to withdraw their objections to paragraph 153 and file an amended Answer to the Complaint that incorporates an amended response to paragraph 153.

6. Under Fed. R. Civ. P. 15(a)(2), a party may amend its pleading with the opposing party's written consent.

7. In light of the foregoing, the Parties stipulate to Defendants filing an Amended Answer with regard to paragraph 153 and ask that the Court enter this Stipulation granting Defendants leave to do so.

\ \ \

\ \ \

\ \ \

STIPULATION GRANTING LEAVE TO FILE AMENDED         CASE NO:  CV-10-0325 SI
ANSWER TO DOLLAR TREE'S FIRST AMENDED AND
CONSOLIDATED COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: November 28, 2011 | FOX ROTHSCHILD, LLP |
| 2 | | |
| 3 | | By:   /s/ Jay D. Marinstein<br>Jay D. Marinstein |
| 4 | | Attorneys for Plaintiff/Counterdefendant<br>DOLLAR TREE STORES, INC. |
| 5 | | |
| 6 | DATED: November 28, 2011 | REHON & ROBERTS<br>A Professional Corporation |
| 7 | | |
| 8 | | By:   /s/ Peter M. Rehon |
| 9 | | Peter M. Rehon<br>Attorneys for Defendants and<br>Counterclaimants TOYAMA PARTNERS, |
| 10 | | LLC; PETER PAU d/b/a SAND HILL<br>PROPERTY COMPANY, a sole |
| 11 | | proprietorship; PETER PAU, in his<br>individual capacity and as partner of SAND |
| 12 | | HILL PROPERTY MANAGEMENT<br>COMPANY; SUSANNA PAU, in her |
| 13 | | capacity as partner of SAND HILL<br>PROPERTY MANAGEMENT COMPANY; |
| 14 | | SAND HILL PROPERTY MANAGEMENT<br>COMPANY, and CAPELLA-MOWRY, |
| 15 | | LLC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____  11/28/11

The Honorable Susan Illston
U.S. District Court Judge
Northern District of California

2

STIPULATION GRANTING LEAVE TO FILE AMENDED        CASE NO: CV-10-0325 SI
ANSWER TO DOLLAR TREE'S FIRST AMENDED AND
CONSOLIDATED COMPLAINT