**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DOLLAR TREE STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOYAMA PARTNERS, LLC, *et al.*, <br><br> Defendants. <br> _____ / | No. CV 10-0325 SI (NJV) <br><br> **ORDER COMPELLING *IN CAMERA* PRODUCTION OF DOCUMENTS** |

On October 28, 2011, this Court granted Plaintiff Dollar Store, Inc.'s motion to compel discovery under the crime fraud exception. *See* Doc. No. 341. As an initial step, the Court ordered defendants Toyama Partners, LLC *et al*. ("Defendants") to supplement their privilege logs. *Id*. at 13-14; *see also* Doc. 373 (clarifying scope of supplementation). The Court planned to review the logs in order to determine what documents to review *in camera*. Defendants supplemented their privilege logs on November 14, 2011, the same day they filed a Motion for Relief from Nondispositive Pretrial Order before Judge Illston pursuant to Local Rule 72-2. *See* Doc. No. 374. Judge Illston denied the motion on November 29, 2011. Doc. No. 411.

For the reasons stated in its Order of October 28, 2011, the Court orders Defendants to produce for *in camera* review the following documents, identified by the numbers that Defendants have used in their Supplemental Privilege Logs dated November 14, 2011 and served on this Court:

From Toyama Partners, LLC's log: 48, 138-140, 308-310, 388, 412-447;

      From Rehon & Roberts, APC's log: 38, 127-129, 288-290, 367, 391-426;

      From Harry Fox's log: 54, 59-60, 62, 67, 70-71, 83-84; and,

      From Coontz & Matthews LLP's log: 69, 148, 150-151, 154-155.

The Court has endeavored to limit its selection of documents to those bearing a direct and obvious connection to the Second Amendment and/or the transfer of the Dollar Tree lease back to Toyama Partners, LLC. If counsel are aware of any documents listed on their privilege logs that bear upon these issues but were not identified in an obvious manner, Counsel also should produce those documents to the Court for *in camera* inspection.

      Defendants shall submit two copies of each of these documents to the undersigned's chambers, located at 450 Golden Gate Avenue, 16th floor, San Francisco, California 94102, on or before December 2, 2011.

Dated: November 29, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

2