| | |
|---|---|
| DAVID F. FAUSTMAN (State Bar No. 81862)<br>FOX ROTHSCHILD<br>235 Pine Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br><br>JAY D. MARINSTEIN (*Pro Hac Vice*)<br>PATRICK L. ABRAMOWICH (*Pro Hac Vice*)<br>FOX ROTHSCHILD<br>625 Liberty Avenue, 29th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 391-1334<br>Facsimile: (412) 391-6984<br><br>SCOTT R. KIPNIS (*Pro Hac Vice*)<br>HOFHEIMER GARTLIR & GROSS, LLP<br>530 Fifth Avenue<br>New York, NY 10036<br>Telephone: (212) 897-7898<br>Facsimile: (212) 897-4999<br><br>Attorneys for Plaintiff<br>DOLLAR TREE STORES, INC. | LISA C. ROBERTS (State Bar No. 111982)<br>PETER M. REHON (State Bar No. 100123)<br>REHON & ROBERTS<br>A Professional Corporation<br>830 The Alameda<br>San Jose, CA 95126<br>Telephone: (408) 494-0900<br>Facsimile: (408) 494-0909<br><br>Attorneys for Attorneys for Defendants and Counterclaimants TOYAMA PARTNERS, LLC; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOYAMA PARTNERS, LLC; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC,<br><br>Defendants. | **STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE AND SET A NEW DATE FOR TRIAL**<br><br>_____<br><br>Judge:          Honorable Susan Illston<br>Case No.     CV-10-0325 SI<br><br>Complaint filed:   January 22, 2010<br>Trial Date:          February 6, 2012 |

|  |  |
|---|---|
| 1 | Plaintiff Dollar Tree Stores, Inc. ("Dollar Tree") and Defendants Toyama Partners, LLC |
| 2 | ("Toyama"), Peter Pau individually and d/b/a Sand Hill Property Company ("Pau"), Susanna Pau |
| 3 | ("Ms. Pau"), Sand Hill Property Management Company ("SH Management"), and Capella- |
| 4 | Mowry, LLC ("Capella") (collectively, "Defendants" and, with Dollar Tree, the "Parties"), by |
| 5 | their undersigned counsel, file the following Stipulation to Reschedule Pretrial Conference and |
| 6 | Set a New Date for Trial ("Stipulation"), stating as follows: |
| 7 | 1. Currently, the Pretrial Conference in the above-captioned litigation is scheduled |
| 8 | for January 24, 2012, and trial is set to begin on February 6, 2012. *See* Dkt. No. 337. Pursuant |
| 9 | to the Court's Pretrial Instructions, a number of pretrial submissions are due January 10, 2012, |
| 10 | including, *inter alia*, the Pretrial Conference Statement, Proposed Jury Instructions, and |
| 11 | Motions in Limine. *See* Dkt. No. 280-1. |
| 12 | 2. On December 13, 2011, a Clerk's Notice was issued rescheduling both (i) |
| 13 | argument on the Parties' cross-motions for summary judgment and (ii) a case management |
| 14 | conference from December 16, 2011 until January 13, 2012. *See* Dkt. No. 421. January 13, |
| 15 | 2012 is three days <u>after</u> the pretrial submissions listed above are due, and eleven days before the |
| 16 | Pretrial Conference is set to occur. |
| 17 | 3. In order to avoid having to prepare pretrial submissions that may be mooted in |
| 18 | whole or in part by this Court's decisions on the Parties' cross-motions for summary judgment, |
| 19 | the Parties request that the Pretrial Conference be rescheduled to no earlier than February 27, |
| 20 | 2012 and the trial be rescheduled to begin no earlier than March 12, 2012, but preferably no |
| 21 | later than April 30, 2012. |
| 22 | For the foregoing reasons, the Parties respectfully request that the Court grant this |
| 23 | Stipulation, rescheduling the Pretrial Conference and the start of trial in the above captioned |
| 24 | litigation. |

STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE        CASE NO: CV-10-0325 SI
AND SET A NEW DATE FOR TRIAL

| | | |
|---|---|---|
| 1 | Dated: December 16, 2011 | s/ Jay D. Marinstein |
| 2 | | Jay D. Marinstein (Admitted *Pro Hac Vice*) |
| 3 | | FOX ROTHSCHILD LLP<br>Attorney for Plaintiff, |
| 4 | | Dollar Tree Stores, Inc. |
| 5 | | |
| 6 | Dated: December 16, 2011 | s/ Peter M. Rehon<br>Peter M. Rehon |
| 7 | | REHON & ROBERTS |
| 8 | | Attorneys for Defendants and Counterclaimants TOYAMA PARTNERS, LLC; PETER PAU d/b/a SAND HILL PROPERTY |
| 9 | | COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY |
| 10 | | MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT |
| 11 | | COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC. |

### ORDER

The Court, having considered the foregoing, and good cause appearing therefore, it is hereby ordered that:

  1.   The pretrial conference, currently scheduled for January 24, 2012, is hereby continued to __4/3/12__, ___, 2012, at __330__ a.m./(p.m.);

  (Pretrial Submissions due __3/20__, ____, 2012, pursuant to the Pretrial Instructions at Dkt. No. 280-1)

  2.   The trial, currently scheduled to begin February 6, 2012, is hereby continued to __4/16/12__, ___, 2012, at __8:30__ (a.m.)/p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
The Honorable Susan Illston
U.S. District Court Judge
Northern District of California

2

STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE
AND SET A NEW DATE FOR TRIAL                                          CASE NO: CV-10-0325 SI