1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 | DOLLAR TREE STORES INC.,                    No. C 10-325 SI; C No. 11-2696 SI

9              Plaintiff,                **ORDER DENYING DEFENDANTS'**
                                         **MOTION FOR STAY OF**
10 | v.                                    **NONDISPOSITIVE PRETRIAL ORDER**
                                         **OF MAGISTRATE JUDGE**
11 | TOYAMA PARTNERS LLC, *et al.*,

12 |             Defendants.
                                      /
13

14        Defendants have filed a letter seeking an order staying the December 20, 2011 Order Compelling

15 | Production of Documents Pursuant to the Crime Fraud Exception to the Attorney Client Privilege issued

16 | by Magistrate Judge Vadas.  Defendants request that the Court stay the order until the Court has ruled

17 | on the parties' cross-motions for summary judgment, scheduled for a hearing on January 13, 2012.

18 | Alternatively, defendants seek a stay until the Court has ruled on defendants' appeal of the December

19 | 20, 2011 order, or until January 3, 2012 due to Mr. Rehon's medical issues.  Plaintiff opposes the

20 | requested stay.  Plaintiff asserts that the documents at issue are relevant to the upcoming motions for

21 | summary judgment, and that timely production of the documents will enable plaintiff to seek leave to

22 | file a short brief in support of its summary judgment filings.

23        The Court has reviewed defendants' letter and plaintiff's response thereto, and DENIES the

24 | requested stay.  In light of Mr. Rehon's recent surgery, the Court will, however, grant defendants

25 | additional time to file an appeal of the December 20, 2011 order, and the Court will reschedule the

26 | summary judgment hearing so the appeal can be resolved prior to that hearing.  Defendants must file

27 | an appeal no later than **January 6, 2012**, and plaintiff shall file a response no later than **January 13,**

28 | **2012**.  The Court will take the matter under submission upon receipt of plaintiff's response and will

**United States District Court**
For the Northern District of California

1   promptly rule on the appeal.  If, in reviewing defendants' appeal of the December 20, 2011 order, the

2   Court concludes that any documents should be accorded protection, the Court's order will require that

3   all copies of those documents be returned or destroyed, and that the documents not be used in this

4   litigation.  If the Court denies defendants' appeal in whole or in part, the Court's order will set a

5   schedule for the filing of short supplemental briefs regarding the documents.  The summary judgment

6   motions are rescheduled to **February 10, 2012** at **9:00 am.**

7

8       **IT IS SO ORDERED.**

9

10  Dated: December 23, 2011

                                                    SUSAN ILLSTON
11                                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2