IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES INC, | No. C 10-325 SI |
| Plaintiff, | **ORDER DIRECTING FURTHER BRIEFING** |
| v. | |
| TOYAMA PARTNERS LLC, *et al.*, | |
| Defendants. | |

The Court directs the parties to file supplemental briefs on the issue of what remedies are available to Dollar Tree if the Court finds the liquidated damages provision unenforceable. The Court is interested in whether there is any authority specifically addressing the situation where parties have contractually agreed to limit remedies to liquidated damages and the liquidated damages provision is later held unenforceable. The parties shall file supplemental briefs of no more than ten pages by **February 27, 2012**.

**IT IS SO ORDERED.**

Dated: February 21, 2012

SUSAN ILLSTON
United States District Judge