# EXHIBIT 1

**PLAINTIFF DOLLAR TREE STORES, INC.'S FACT WITNESSES**

| Witness | Substance of Testimony |
|---|---|
| Rick Caynor | Liability issues, including but not limited to communications and interactions with Defendants regarding the Dollar Tree store in the Shopping Center and the Amended and Restated Lease.<br><br>Damages issues, including but not limited to the liquidated damages provision in the Amended and Restated Lease, Dollar Tree's review of alternate store locations within the Shopping Center, the expectations of the performance of the reopened Dollar Tree store in the redeveloped Shopping Center, and the performance of the Dollar Tree store in the Shopping Center. |
| Rich Daniel | Liability issues, including but not limited to Comerica's relationship with Toyama and other Peter Pau-affiliated entities, loans underwritten by Comerica to Toyama and related guaranties and completion agreement, the due diligence performed by Comerica in connection with loans underwritten to Toyama, the general business reputation of Peter Pau and Sand Hill Property Company, the reputation of Mervyns, Defendants' pro forma relating to the redevelopment of Shopping Center, and Comerica's decision to cease funding to Toyama. |
| Kevin Dare | Liability issues, including but not limited to titles and positions held by employees at Sand Hill Property Company.<br><br>Damages issues, including but not limited to the City of Newark's opposition to putting a Dollar Tree store in the former Mervyns premises at the Shopping Center, and the strength of the location of the Shopping Center. |
| Linda Duncan | Liability issues, including but not limited to communications and interactions with Defendants regarding the Dollar Tree store in the Shopping Center.<br><br>Damages issues, including but not limited to the impact of nearby Dollar Tree stores on the Dollar Tree store in the Shopping Center, Dollar Tree's search for potential locations for new Dollar Tree stores in the greater Newark area, and the impact of the construction related to the redevelopment of the Shopping Center. |
| Harry Fox | Liability issues, including but not limited to the nature of Fox's representation of Defendants, the sale of the Shopping Center in February 2011, and documents drafted for Defendants, including but not limited to drafts and final versions of documents relating to the sale of the Shopping Center in February 2011. |

| Witness | Substance of Testimony |
|---|---|
| Roselyn Hammond | Damages issues, including but not limited to the impact of nearby Dollar Tree stores on the Dollar Tree store in the Shopping Center, the impact of the construction related to the redevelopment of the Shopping Center, the strength of the location of the Dollar Tree store at the Shopping Center, the performance of other Dollar Tree stores in the greater Newark area, the nature of the neighborhood where the Lido Faire Dollar Tree store is located, and the expectations of the performance of the reopened Dollar Tree store in the redeveloped Shopping Center. |
| Brian Horton | Liability issues, including but not limited to loans underwritten by Comerica to Toyama and related guaranties and completion agreement, the general business reputation of Peter Pau, and the relative significance of Amended and Restated Lease and the rent paid by Dollar Tree under the Amended and Restated Lease. |
| Scott Kipnis | Liability issues, including but not limited to the Amended and Restated Lease, and communications and interactions with Defendants regarding the Dollar Tree store in the Shopping Center.<br><br>Damages issues, including but not limited to Dollar Tree's review of alternate store locations within the Shopping Center. |
| David Lardner | Liability issues, including but not limited to loans underwritten by Comerica to Toyama and related guaranties and completion agreement, and the general business reputation of Peter Pau. |
| Rochelle Lopez | Liability issues, including but not limited to all aspects of the operations of Toyama Partners LLC, Sand Hill Property Company and Sand Hill Property Management Company, the history of Toyama's involvement in the Shopping Center, documents generated by third parties relating to the Shopping Center, Defendants' communications with Dollar Tree and third parties relating to the Shopping Center, documents generated by third parties relating to the Shopping Center, and the titles and positions held by employees at Sand Hill Property Company.<br><br>Damages issues, including but not limited to Toyama's failure to satisfy any of the delivery conditions contained in the Amended and Restated Lease, the impact of the construction related to the redevelopment of the Shopping Center, proposed alternate locations for a Dollar Tree store in the Shopping Center, the nature of commercial areas in the Greater Newark area, and the City of Newark's opposition to putting a Dollar Tree store in the former Mervyns premises at the Shopping Center. |

| Witness | Substance of Testimony |
|---|---|
| Milburn Matthews | Liability issues, including but not limited to the Amended and Restated Lease, the sale of the Shopping Center in February 2011, drafts and final versions of documents relating to sale of Shopping Center in February 2011, the nature of Matthews' representation of Defendants, billing protocol for work performed for Defendants, Defendants' attempts to transfer assumption of the Amended and Restated Lease, and creditors paid during closing of the sale of the Shopping Center in February 2011. |
| Peter Pau | Liability issues, including but not limited to all aspects of the ownership, management and operations of Toyama Partners LLC, Sand Hill Property Company, Sand Hill Property Management Company and Capella-Mowry LLC, the history of Toyama's involvement in the Mowry Crossing Shopping Center ("Shopping Center"), the redevelopment of the Shopping Center, the financing of the acquisition and the redevelopment of the Shopping Center, the Amended and Restated Lease, the sale of the Shopping Center in February 2011 and all related documents, communications and interactions, Defendants' communications with Dollar Tree and third parties relating to the Shopping Center, documents generated by third parties relating to the Shopping Center, titles and positions held by employees at Sand Hill Property Company, the nature of Lisa Roberts' and Mibs Matthews' representation of Defendants, and Toyama's assets and insolvency.<br><br>Damages issues, including but not limited to Toyama's failure to satisfy any of the delivery conditions contained in the Amended and Restated Lease, the impact of the construction related to the redevelopment of the Shopping Center, the City of Newark's refusal to permit Dollar Tree to open additional stores within Newark, Dollar Tree's search for alternate store locations within the Shopping Center, and the City of Newark's opposition to putting a Dollar Tree store in the former Mervyns premises at the Shopping Center, and Dollar Tree's lost profits. |
| Susanna Pau | Liability issues, including but not limited to the strength of the location of the Shopping Center, the nature of the neighborhood surrounding the Shopping Center, and the condition of the Shopping Center, and the operations of Sand Hill Property Management Company. |
| Peter Rehon | Liability issues, including but not limited to drafts and final versions of documents relating to the sale of Shopping Center in February 2011, the nature of Rehon's representation of Defendants, Defendants' attempts to transfer assumption of the Amended and Restated Lease, and the timing of Defendants' disclosure of the February 2011 sale of the Shopping Center and related documents. |

| Witness | Substance of Testimony |
|---|---|
| Lisa Roberts | Liability issues, including but not limited to drafts and final versions of documents relating to the sale of Shopping Center in February 2011, the nature of Roberts' representation of Defendants, Defendants' attempts to transfer assumption of the Amended and Restated Lease, Toyama's assets, and the timing of Defendants' disclosure of the February 2011 sale of the Shopping Center and related documents. |
| John Vanderwilt | Damages issues, including but not limited to the projection of the performance of a reopened Dollar Tree store in the redeveloped Shopping Center, the impact of nearby Dollar Tree stores on the Dollar Tree store in the Shopping Center, and the performance of other Dollar Tree stores in the greater Newark area. |
| Bruce Walters | Liability issues, including but not limited to the Dollar Tree store in the Shopping Center, communications and interactions with Defendants regarding the Dollar Tree store in the Shopping Center, the Amended and Restated Lease, and the general business reputation of Peter Pau and Sand Hill Property Company.<br><br>Damages issues, including but not limited to the impact of the construction related to the redevelopment of the Shopping Center, Dollar Tree's search for potential locations for new Dollar Tree stores in the greater Newark area, the expectations of the performance of the reopened Dollar Tree store in the redeveloped Shopping Center, the liquidated damages provision in the Amended and Restated Lease, Dollar Tree's review of alternate store locations within the Shopping Center, and the impact of nearby Dollar Tree stores on the Dollar Tree store in the Shopping Center. |
| Chris Williams | Liability issues, including but not limited to communications and interactions with Defendants regarding the Dollar Tree store in the Shopping Center.<br><br>Damages issues, including but not limited to the Liquidated Damages Provision in the Amended and Restated Lease, and the expectations of the performance of the reopened Dollar Tree store in the redeveloped Shopping Center. |
| Eva Young | Liability issues, including but not limited to documents generated by third parties relating to the Shopping Center, Peter Pau's personal financial involvement with Toyama, Toyama's assets and insolvency, Sand Hill Property Company providing property management services relating to Shopping Center, and Defendants' financial records and financial documents. |

| Witness | Substance of Testimony |
|---|---|
| Custodian of records for Toyama Partners LLC | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Sand Hill Property Company | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Peter Pau | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Susanna Pau | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Sand Hill Property Management Company | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Capella-Mowry, LLC | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Capella Holdings LLC | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Comerica Bank | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Arrow Sign Company | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for John W. Busby II Attorney at Law, P.C. | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for David Hall Masonry, Inc. | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Burlington Coat Factory | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for City of Newark | Liability issues, including but not limited to the authentication of relevant documents and records. |

| Witness | Substance of Testimony |
|---|---|
| Terrence Grindall | Damages issues, including but not limited to the City of Newark's opposition to putting a Dollar Tree store in the former Mervyns premises at the Shopping Center.<br><br>Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Kenneth Rodrigues & Partners, Inc. | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Collier's International | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Fehr & Peers | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Genesis Building Services Invoice | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Central Bay Construction | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Sandra L. James and Associates | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Looten Consulting, Inc. | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Silicon Valley Security & Patrol, Inc. | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Tyco / SimplexGrinnell | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Steve's Lock and Key | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Structural Engineers Incorporated | Liability issues, including but not limited to the authentication of relevant documents and records. |

| Witness | Substance of Testimony |
|---|---|
| Custodian of records for Robert Gray and Associates | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Acumen Industrial Hygiene Inc. | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Greg G. Ing and Associates | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for TRC Engineers, Inc. | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Pacific Gas & Electric Company | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Alameda County Water District | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for BKF Engineers | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Gallagher Construction Services | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for R.L. Milsner, Inc. | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Professional Insurance Associates | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Union Sanitary District | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for EFI Global | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Kring & Chung, LLP | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Retail West, Inc. | Liability issues, including but not limited to the authentication of relevant documents and records. |

| Witness | Substance of Testimony |
|---|---|
| Custodian of records for First American Title Insurance Company | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for United Commercial Bank | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Manatt, Phelps & Phillips | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Red Hill Environmental Inc. | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Complete Decon, Inc. | Liability issues, including but not limited to the authentication of relevant documents and records. |
| Custodian of records for Preferred Capital Advisors | Liability issues, including but not limited to the authentication of relevant documents and records. |