# Exhibit 5

Defendants/Counterclaimants' Witnesses

| Witness | Substance of Testimony |
|---|---|
| Peter Pau | (i) the Defendants' affirmative defenses; (ii) the Defendants' counterclaims; (iii) lack of foundation for Dollar Tree's claims of alter ego; and (iv) Dollar Tree's claims, the lack of foundation for such claims, and the Defendants' defenses to such claims<br><br>Expert opinion testimony on value of the subject property |
| Susanna Pau | Her lack of involvement in any of the activities relating to the Mowry Shopping Center |
| Rochelle Lopez | (i) the Defendants' affirmative defenses; (ii) the Defendants' counterclaims; (iii) lack of foundation for Dollar Tree's claims of alter ego; and (iv) Dollar Tree's claims, the lack of foundation for such claims, and the Defendants' defenses to such claims, focusing on her involvement in management of the Mowry Shopping Center |
| Kevin Dare | Alter ego, fraudulent transfer, sale of center, operation of defendants, Amended and Restated Lease ("ARL"), negotiations of ARL, settlement negotiations |
| Katie Yao | Alter ego, operations of Defendants |
| Eva Young | Alter ego, operations of Defendants |
| John Slater, CPA | Alter ego, operations of Defendants, with focus on his involvement in providing accounting services to Peter Pau and Sand Hill Property Company |
| Luke Sorensen, CPA | Alter ego, operations of Defendants with focus on his involvement in providing accounting services for Toyama Partners |

| Witness | Substance of Testimony |
|---|---|
| Milburn A. Matthews, Esq. | Negotiations with Dollar Tree regarding the ARL; sale of the Shopping Center |
| Corey Brand | Alter ego, separate and independent status of Toyama |
| Michael Brand | Alter ego, separate and independent status of Toyama |
| James Binsacca | Alter ego, separate and independent status of Toyama |
| Phil Mahoney | Alter ego, separate and independent status of Toyama |
| Jeff Rogers | Alter ego, separate and independent status of Toyama |
| William Hurwick, Trustee of the Hurwick Family Trust UTA dated November 21, 1984 | Alter ego, separate and independent status of Toyama |
| Brad Lyman, Trustee of the Lyman Family Trust dated December 27, 1985 | Alter ego, separate and independent status of Toyama |
| Harry Fox, Esq. | Alter ego, formation of legal entities |
| Richard W. Daniel | His involvement in Comerica Bank's loans to Toyama Partners; alter ego |
| Scott M. Wineman | His involvement in Comerica Bank's loans to Toyama Partners; alter ego |
| Brian J. Horton | His involvement in Comerica Bank's loans to Toyama Partners; alter ego |

| Witness | Substance of Testimony |
|---|---|
| Scott Kipnis, Esq. | Cure issues, negotiations to build store at center, ARL (meaning and enforceability), Toyama's efforts to comply with the ARL, including without limitation, the construction and location of the DT store |
| Neil Rubenstein, Esq. | Negotiations on behalf of Comerica Bank with Toyama Partners and with Dollar Tree |
| Terrance Grindal | Negotiations between Toyama and City of Newark |
| Linda Duncan | Depending on results of Defendants' Motion in Limine No. 4, original lease |
| Bruce Walters | Cure issues, negotiations to build store at center, ARL (meaning and enforceability), Toyama's efforts to comply with the ARL, including without limitation, the construction and location of the DT store |
| Chris Williams | Cure issues, negotiations to build store at center, ARL (meaning and enforceability), Toyama's efforts to comply with the ARL, including without limitation, the construction and location of the DT store |
| Rick Caynor | Cure issues, negotiations to build store at center, ARL (meaning and enforceability), Toyama's efforts to comply with the ARL, including without limitation, the construction and location of the DT store |
| Kenneth Rodrigues & Partners | Alter ego |
| Ariane Sanders, ARC, Inc. Architects | Alter ego |

| Witness | Substance of Testimony |
| --- | --- |
| Martin Parissenti, BKF | Alter ego |
| Anh Tuan Nguyen, BKF | Alter ego |
| Sam Koerper, Structural Engineers, Inc. | Alter ego |
| Nandy Kumar, Taisei Construction Corporation | Alter ego |
| Mont Williamson, Taisei Construction Corporation | Alter ego |
| Brian Powers (former), Taisei Construction Corporation | Alter ego |
| Mike Ward, Taisei Construction Corporation | Alter ego |
| Hans Klehmet, Taisei Construction Corporation | Alter ego |
| Rachel Floeter, Taisei Construction Corporation | Alter ego |
| David Lardner | Comerica Bank loans to Toyama Partners; alter ego |
| John Vanderwilt | Cure issues, negotiations to build store at center, ARL (meaning and enforceability), Toyama's efforts to comply with the ARL, including without limitation, the construction and location of the DT store |
| Rosalyn Hammond | Depending on results of Defendants' Motion in Limine No. 4, original lease |
| Brian Henry | Depending on results of Defendants' Motion in Limine No. 4, original lease |
| James ("Jay") Gorry, III, Esq. | Adverse direct. Cure issues, negotiations to build store at center, ARL (meaning and enforceability), Toyama's efforts to comply with the ARL, including without limitation, the construction and location of the DT store |
| Jay Marinstein, Esq. | Will be called as a witness to authenticate documents, if not otherwise authenticated; efforts to comply with ARL |

| Witness | Substance of Testimony |
|---|---|
| Patrick Abramowich, Esq. | Will be called as a witness to authenticate documents, if not otherwise authenticated |
| David Faustman, Esq. | Will be called as a witness to authenticate documents, if not otherwise authenticated |