# Exhibit 6

### Defendants/Counterclaimants' Expert Witnesses

| Witness | Substance of Testimony |
|---|---|
| E. Keith Brown, CPA | Theories and Conclusions and the Basis Therefore: <br><br> Mr. Brown's conclusions are the following: (i) Toyama Partners LLC, was adequately capitalized from November 16, 2005, to November 13, 2008 (when Comerica Bank pulled the construction funding for the redevelopment project based on the bankruptcy filing of Mervyn's); (ii) the accounting procedures and practices used by Defendants were and are customary and generally employed by small closely-held real estate development companies; (iii) that there was no commingling of assets; (iv) there was no treatment of Toyama's assets as belonging to any other defendant; (v) any inter-company transactions were properly recorded. <br><br> Mr. Brown reviewed the bookkeeping entries on Toyama's general ledgers for years 2005, 2006, 2007, 2008, 2009, 2010, and January and February 2011. <br><br> Curriculum Vitae:  Attached hereto as Exhibit A. <br><br> Service of Expert Report on Opposing Counsel: Previously submitted. |
| Dale Gillespie | Theories and Conclusions and the Basis Therefore: <br><br> Mr. Gillespie's conclusions are the following:  (i) the manner in which Peter Pau and his employees managed Toyama was typical, proper, and common in the industry, and in no way indicated a blurring of identities or interests between the Managers and Toyama; (ii) Toyama was not undercapitalized for the business in which it was engaged; (iii) Toyama was not operated as a single enterprise with the Managers and was treated as a separate LLC enterprise; (iv) third parties were not confused between Toyama and the Managers; (v) Mr. Pau and |

| Witness | Substance of Testimony |
|---------|------------------------|
|  | his employees only managed Toyama as the manager of the LLC, which is what LLC managers are supposed to do.<br><br>Taking into account his own knowledge, experience, and involvement in the real estate development business, Mr. Gillespie, among other things, reviewed the business practices of Defendants.<br><br><u>Curriculum Vitae:</u>  Attached hereto as Exhibit B.<br><br><u>Service of Expert Report on Opposing Counsel:</u> Previously submitted. |
| Patrick F. Kennedy, PhD | <u>Theories and Conclusions and the Basis Therefore:</u><br><br>Patrick Kennedy, PhD, will give expert testimony on the monetary damages associated with the claims asserted against Toyama by Dollar Tree Stores, Inc.<br><br>Dr. Kennedy concluded that the lost profits calculations of Dollar Tree's expert Michael Wagner are overstated and inconsistent with Dollar Tree's own analysis of sales growth, store cannibalization, and the offsetting sales resulting from the closure of Mowry store.  In addition, extending the loss for the full 17 years of the lease (including the option period) unreasonably dismisses mitigating alternatives available to Dollar Tree. These mitigating alternatives were made more reasonable in light of economic conditions, the lack of tenants and funding for Mowry Crossing.  Additionally, the liquidated damages provision is too high relative to Dollar Tree's projections of the Mowry store's sales and profits. Further, the Mervyn's bankruptcy filing had severe consequences for Toyama, especially occurring at the time that it did in terms of the overall economy, commercial real estate market, and the financial markets.<br><br><u>Curriculum Vitae:</u><br>Attached hereto as Exhibit C.<br><br><u>Service of Expert Report on Opposing Counsel:</u><br>Previously submitted. |

| Witness | Substance of Testimony |
|---|---|
| Gene Williams, MAI, CCIM, MRICS Vice President at CBRE | <u>Theories and Conclusions and the Basis Therefore:</u><br><br>Gene Williams reviewed the appraisal report submitted by Dollar Tree's appraiser, Walter Ricci. Given the significant issues with the valuation in Ricci's report, Mr. Williams completed a corrective review which reflects his estimate of the market value of the leased fee interest in the subject property, as of February 16, 2011, at $16.6 million.<br><br><u>Curriculum Vitae:</u>  Attached hereto as Exhibit D.<br><br><u>Service of Expert Report on Opposing Counsel:</u><br>Previously submitted. |
| Professor Anna Han | <u>Theories and Conclusions and the Basis Therefore:</u><br><br>Professor Han will give expert testimony on the alter ego issue.  Professor Han concluded that Toyama Partners LLC is not the alter ego of Peter Pau ("Pau") or his other businesses, Sand Hill Property Company ("SHP") and Sand Hill Property Management Company (SHPM") because (i) there is no unity of interest; (ii) Toyama maintained proper corporate formalities;  (iii) Pau never made any representations that he would be liable to Dollar Tree for Toyama's obligations; (iv) there is no evidence of commingling of funds; (v) Toyama was adequately capitalized at its formation; (vi) piercing Toyama to get to Pau will not prevent an inequitable result.<br><br><u>Curriculum Vitae:</u>  Attached hereto as Exhibit E.<br><br><u>Service of Expert Report on Opposing Counsel:</u><br>Previously submitted. |

# EXHIBIT A



*E. Keith Brown & Company*
*Certified Public Accountant*

100 Century Center Court
Suite 130
San Jose, California 95112-4512
408 436 7737
Fax 408 436 4975
Inside California   800 255 0500
Outside California 800 548 1239
www.ekeithbrownandco.com

## E. KEITH BROWN, CPA, CVA, CFE, CrFA
## CURRICULUM VITAE

### PERSONAL INFORMATION

President, E. Keith Brown & Company, CPA
100 Century Center Court, Suite 130
San Jose, CA 95112
Founded 1978

### PRINCIPAL AREAS OF PRACTICE

More than 30 years of public accounting experience as a Certified Public Accountant, Forensic Accountant and Business Appraiser. Experience in a broad range of industries. Client service areas include:

- Corporate, Partnership, Individual, Trust, Estate and Gift Taxation
- Family Partnership, Succession and Estate Planning
- Reorganizations including Mergers, Acquisitions, Spin-offs, and Split-ups
- Financial Statement Review and Investigations, Locating Hidden Assets
- Valuations of Closely-Held Corporations, Partnerships and Family Businesses for Purchase/Sale, Estate and Gift, Divorce Issues
- Litigation Support for Partner Disputes, Dissenting Shareholder Actions, Divorce, Measuring Economic Damages
- Fraud and Commercial Crime, Misappropriated Assets

### COURT QUALIFICATIONS

Qualified to give expert witness testimony. Testimony in Superior Court, State of California for the County of Santa Clara.

### EDUCATION

- B.S. Accounting -- Syracuse University
- M.B.A. -- Santa Clara University

### LICENSURE AND CERTIFICATION

- Certified Public Accountant – California - 6/22/73 (No. 18891E)
- Certified Public Accountant – New York - 3/26/76 (No. 35016)
- Certified Public Accountant – New Jersey - 6/25/75 (No. 7115)
- Certified Valuation Analyst – 12/19/93
- Certified Fraud Examiner – 3/19/94 (No. 27100)
- Certified Forensic Accountant – 1/12/03  (No. 13189) – investigating fraud, mismanagement, impropriety small business, contract disputes.

### PROFESSIONAL MEMBERSHIPS

- American Institute of Certified Public Accountants
- California Society of Certified Public Accountants
- New York Society of Certified Public Accountants
- New Jersey Society of Certified Public Accountants
- National Association of Certified Valuation Analysts
- Association of Certified Fraud Examiners
- American Board of Forensic Accounting      Member
American Institute of Certified Public Accountants
California Society of Certified Public Accountants
National Association of Certified Valuation Analysts
Association of Certified Fraud Examiners

**E. KEITH BROWN, CPA, CVA, CFE, CrFA**
**CURRICULUM VITAE**
**(Page 2)**

| VALUATION ASSIGNMENTS | LOCATION | PURPOSE | CLIENT/DATE |
|---|---|---|---|
| Valuation of Daily Newspaper | Central California | Gift Tax | LNS/ |
| Valuation of Printing Company | Southern California | Reorganization | CNP/ |
| Valuation of Petroleum Products Company | Southern California | Sale/Purchase | VTPetroleum/ |
| Valuation of Laundry Company | Northern & Central CA | Estate Tax | TTDS/94 |
| Valuation of Partnership Interest | Northern California | Gift Tax | |
| Valuation of Partnership Interest | Northern California | Estate Tax | DaviesAppliance/97 |
| Valuation of Partnership Interest | Northern California | Estate Tax | |
| Valuation of Partnership Interest | Northern California | Sale/Purchase | |
| Valuation of Partnership Interest | Northern California | Sale/Purchase | |
| Valuation of Precision Machining Company | Northern California | Sale/Purchase | M/Chrome/00 |
| Valuation of Precision Machining Company | Northern California | Gift Tax | M/Chrome/00 |
| Valuation of Tire Vulcanizing Company | Northern California | Sale/Purchase | TVI-KCT/ |
| Valuation of Tire Vulcanizing Company | Michigan | Sale/Purchase | TVI/ |
| Valuation of Real Estate Holding Company | Northern California | Ltd Partnership | MPLP/ |
| Valuation of Computer Support Company | Northern California | Sale/Purchase | Adkins&Asso/99 |
| Valuation of Used Auto Parts Company | Northern California | Reorganization | HinmansGar/94 |
| Valuation of Printing Company | Northern California | Estate Tax | |
| Valuation of Steel Wholesaler | Northern California | Sale/Purchase | |
| Valuation of Medical Practice | Northern California | Divorce | HFee/**TRIAL** |
| Valuation of Insurance Agency | Northern California | Divorce | |
| Valuation of Vending Company | Northern California | Litigation-Minority Interest | B&B-N/CAL/96 |
| Valuation of Promissory Note | Northern California | Reorganization | KimballSmall/94 |
| Valuation of Restaurant | Northern California | Estate Tax | STJohnsRest/97 |
| Valuation of Insurance Brokerage | Northern California | Estate Tax | Soloac/96 |
| Valuation of Food Brokerage | Northern California | Estate Tax | ManochioRest/93 |
| **Appointed Special Master by Superior Court –** | | | |
|   Valuation of Manufacturing & R/E Holdings | Northern California | Litigation Divorce | Kronzer/**TRIAL** |
| Valuation of E-Commerce Vertical Portal | Northern California/Asia | Mezzanine Funding | Ecomm.USA.COM/00 |
| Valuation of Software Development Company | | | |
|   Financial Sector | Mezzanine Funding | | FITglobal/00 |
| Valuation of Partnership Interest | Nevada | Gift Tax | EVRGN III/00 |
| Valuation of Family Partnership | Northern California | Gift Tax | CalvelliProp/01 |
| Commercial Damages | Northern California | Litigation – Contract Issues | |
| Valuation of Partnership Interest | Northern California | Estate tax | OliverPart/00 |
| Valuation of Partnership Interest | Northern California | Gift Tax | |
| Valuation of Daily Newspaper | Northern California | Divorce | LNS/01 |
| Valuation of Construction Company | Northern California | Employee Stock Purchase | Demattei/01 |
| Valuation of Daily Newspaper | Northern California | Gift Tax | LNS/02 |
| Valuation of Partnership | Northern California | Divorce Litigation | Nol/Carp/02– **PRE-TRIAL** |
| Valuation of Partnership Interest | Northern California | Estate Tax | Vahl/05 |
| Valuation of Insurance Agency | Northern California | Divorce Litigation | Liu/07 |
| Valuation of Wholesaler | New York/Beijing | Purchase | Voyetra /08 |
| Valuation of Auto Restoration and | | | |
|   Repair Company | Northern California | Gift Tax | Palo Alto Speedo/10 |

E. KEITH BROWN, CPA, CVA, CFE, CrFA
CURRICULUM VITAE
(Page 3)

| FRAUD/FORENSIC ASSIGNMENTS | LOCATION | PURPOSE | CLIENT/DATE |
|---|---|---|---|
| Embezzlement | New York | Payroll scheme | |
| Misappropriation of Assets | New Jersey | Printing Company | |
| Misappropriation of Assets | Northern California | Litigation | MTE – **TRIAL** |
| Employee Theft | Northern & Central CA | | LNS |
| **Appointed Special Master by Superior Court –** | | | |
| Determination of Partners' Capital and Division of Assets | Northern California | Litigation | Rowe/Ogilv/01 |
| Mortgage Dispute | Northern California | Interest rate | Durney/Famco/02 |
| Contract Dispute | Northern California | Damages | LRSvTFN/02-**PRE-TRIAL** |
| Contract Dispute | Northern California | Cash Analysis | Ambex/02 |
| Partnership Dispute | Northern California | Cash Analysis | MESC/03 |
| Shareholder Fraud | Northern California | Litigation | DRI/02 – **PRE-TRIAL** |
| Member Dispute (LLC) – (Fact Witness) | Northern California | Litigation | FMDC/04-05 PRE-TRIAL |
| Contract Dispute (LLC) | Northern California | Litigation | Yuen/04-05- **PRE-TRIAL** |
| Member Dispute (LLC) | Northern California | Cash Analysis | Dyer Mtn/07-05 |
| Fraud, Conversion | Northern California | Litigation | Mills v. Epis/08-05 |
| Member/LLC Dispute | Northern California | Litigation | Schaefer v. Netinformer/9-06 - **PRE-TRIAL & TRIAL** |
| Fraud/LLC Dispute | Northern California | Litigation | Conway v. Epis/9/05 – **TRIAL** |
| **Appointed Special Master by Superior Court -** | | | |
| Beneficiary Dispute | Northern California | Litigation | Susan Tuban Admin Trust v. Tuban Family LLC – 11/07 |
| Shareholder/Member Dispute Corporation/LLC | Northern California | Litigation | Haskin v. Haskin – 10/10 |
| Shareholder/Member Dispute Corporation/LLC | | | Haskin v. Haskin-**PRE-TRIAL** |

# EXHIBIT B

**Dale N. Gillespie**
1054 E. Woodbridge Road, Woodbridge, CA 95258
 209 712 4990
dale@rpmcompany.net

| | |
|---|---|
| **Summary** | Extensive experience in real estate development, with an emphasis on commercial retail and residential uses.  Developed residential, commercial, retail, and special purpose projects from concept through lease-up and occupancy or sellout |

**Areas of Expertise**

- Acquisition & disposition of real estate
- Governmental entitlements
- Conceptual land use planning
- Economic feasibility analysis
- Real estate asset management
- Project management
- Public/private partnerships and redevelopment
- Project organization and ownership structure

**Experience**

**San Joaquin Valley Land Company, LLC**                              2005 - present
**Principal-member**
*One of 4 principals who develop real estate projects, primarily within California.*
*Projects include residential, mixed use master planned communities, senior and*
*student housing, and retail/office*

**DG Land Company, Inc., dba DGP Real Estate**                       2005 - present
**Founder-President**
*Incorporated in 2005, DG Land Company specializes in fee development*
*services, expert witness testimony, and development consulting.  DGP*
*Real Estate is one of the area's leading agricultural and investment land*
*brokerage companies, with additional specialization in rural estates,*
*industrial, and commercial properties.*

**G-REM, Inc.**                                                                          1994-2005
**Vice President, Director of Operations, and Asset Manager**
*Developed and Managed a very diverse real estate portfolio for a family.  Developed*
*approximately 100 acres of raw land into completed retail, commercial, industrial,*
*residential, and hospitality projects.  In-house managed all categories of investment*
*real estate.*

- Acquired, entitled, constructed, and developed 9 focused-service hotel properties in various Northern California cities.
- Acquired, entitled, constructed, and developed 2 anchored retail shopping centers in Northern California.
- Entitled and constructed new car dealership facilities, including remodeling, expansion, and companion body shop facilities
- Managed in-house all real estate investments for owner

**Bennett & Compton, Inc.**                                          1987-1993
**Project Coordinator**
*Performed entitlement, acquisition, disposition, and project pro forma
creation for a regional residential developer and home builder based in
Northern California.*
Acquired, entitled, and sold over 2,000 residential lots in various Northern California
communities

## Licenses

CA Real Estate Brokers License # 00937511 1988-present
CA Real Estate Agent License 1981-1988

## Affiliations

Member, Internantional Council of Shopping Centers, ("ICSC") since 2006
Board member & current Board Chair, LOEL Center & Gardens, Lodi 2007-present
Board member, and incoming Board Chair, Lodi Chamber of Commerce 2005-present
Board member & past Board Chair, Lodi Conference & Visitor's Bureau- 2006-present
Past member Downtown Lodi Revitilization Task Force 1995-1996

# EXHIBIT C



## Patrick F. Kennedy, PhD
## Managing Director

11452 El Camino Real, Suite 110
San Diego, CA 92130
Phone: (619) 687-0001
Email:   pkennedy@torreypartners.com

### SUMMARY

Patrick F. Kennedy, a Managing Director of Torrey Partners and provides analysis, consultation, and opinions in business and dispute contexts including discovery assistance, causation analysis, feasibility analysis, damage quantification, and testimony in federal and state courts.  Dr. Kennedy provides analysis and testimony in matters including, but not limited to, breach of contract, patent, copyright, trademark and trade secret misappropriation, construction defect, product liability, false advertising, fraud, antitrust and unfair competition, loss of earnings and support, employment disputes, and class actions including wage and hour matters.

Dr. Kennedy has experience in many industries including financial services, real estate, construction, hospitality, retail, gaming, healthcare, medical devices, pharmaceuticals, technology, software, telecommunications, manufacturing, maritime, transportation, insurance, entertainment, media and sports.

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2011 to present | **Torrey Partners**<br>Managing Director |
| 2006 to 2011 | **LECG**<br>Managing Director (2008) |
| 1996 to 2006 | **Mack\|Barclay Inc.**<br>Shareholder (1998) |
| 1995 to 1996 | **International Securities Group, Inc.**<br>Director of Economic Research |
| 1992 to 1995 | **Board of Governors of the Federal Reserve System, Washington, D.C.**<br>Economist |

### EDUCATION

Doctorate in Economics, Stanford University, 1992
Awarded Stanford University Fellowship, Bradley Foundation Dissertation Fellowship, and Outstanding Teaching Award.

Bachelor of Arts in Economics, University of California, San Diego, 1986
    Summa Cum Laude.  Recipient of various awards including UC Regents Scholarship,
    Muir College Valedictorian, Phi Beta Kappa, and the Seymour E. Harris Economics Award.

LICENSES AND PROFESSIONAL MEMBERSHIPS

Registered Securities Representative and Registered Principal (NASD Series 7, 24 and 63 – inactive)
American Economic Association
National Association for Business Economics
National Association for Forensic Economics
Licensing Executive Society

# EXHIBIT D

**QUALIFICATIONS OF**

**GENE WILLIAMS, MAI, CCIM, MRICS**
**Vice President & Partial Interest Valuation Group Leader**
CB Richard Ellis, Inc., Valuation & Advisory Services
225 W. Santa Clara Street, Suite 1050
San Jose, CA 95113
(408) 453-7439

## BACKGROUND

Gene Williams is an experienced commercial real estate professional with a background in finance, underwriting and appraisal.   Mr. Williams has performed commercial property appraisals since 1988 and has been a member of the Appraisal Institute since 1994.  Mr. Williams has made investments on behalf of a national credit company, advised clients regarding investments in value-added properties, construction projects, loan workouts, loan dispositions and portfolio acquisitions.  Experience also includes occupancy cost analysis, rent arbitrations and litigation support.  Appraisal and consulting services have been provided for unencumbered, leased fee, leasehold and partial interests.  Additionally, Mr. Williams is proficient in providing Retrospective Value and Prospective Value appraisals.  Mr. Williams has valued billions of dollars in commercial property in the Silicon Valley area and his experience includes all types of properties, including high-density mixed use projects, office buildings, retail developments, industrial and R&D projects and apartments ranging across the full spectrum of asset classes.

## EDUCATION

Bachelor of Business Administration, Baylor University, Waco, Texas
Appraisal Institute (MAI #10471) Currently certified under continuing education requirements
CCIM Institute (CCIM #7054)

## PROFESSIONAL MEMBERSHIPS

Appraisal Institute (MAI) The Appraisal Institute is the acknowledged worldwide leader in commercial real estate appraisal education, research, publishing and professional membership designation programs. Its extensive curriculum of courses and specialty seminars provides a well-rounded education in valuation methodology for both the novice and seasoned practitioner.

CCIM INSTITUTE, (CCIM)   CCIMs are recognized as experts in commercial investment real estate and live up to their distinguished reputation as model business partners for commercial real estate users, owners, and investors.

Royal Institute of Chartered Surveyors  Designated Member (MRICS), Certificate No. 1278925

Certified General Real Estate Appraiser:  State of California (No. AG015954)

## EMPLOYMENT HISTORY

| | | |
|---|---|---|
| 2007 – Present | CB Richard Ellis, Inc. | San Jose, California |
| 2002 – 2007 | Sage Investments | San Jose, California |
| 1998 – 2002 | Dana Commercial Credit | Austin, Texas |
| 1996 – 1998 | E.S. Merriman & Sons | San Francisco, California |
| 1993 – 1996 | First Interstate Bank of California | Concord, California |
| 1991 – 1993 | The Reitman-Heckman Group | Palo Alto, California |

# EXHIBIT E

RESUME OF
PROFESSOR ANNA M. HAN

Telephone: (408) 554-4711  (Office)
Facsimile:  (408) 554-4426  (Office)

## EMPLOYMENT

## TEACHING EXPERIENCES

May, 1989 - present     Santa Clara University, School of Law
                        Santa Clara, CA

Associate Professor of Law.  Courses: Chinese Trade and Investment Law, Technology Licensing Contracts, Business Organizations (Corporations), Legal Issues of Start Up Business.

Director of Hong Kong/Beijing/Shanghai Summer Program, 1990, 1991, 1992, 1995 and 1997, 2009. Director, Geneva /Strasbourg summer program, 1998. Director of Shanghai summer program from 2006-2010. Director of Istanbul summer program 2011. Director of Oxford Program, 2012.

Guest Lecturer - Shanghai Foreign Trade Institute, China (U.S. Corporation and Contract Laws) 1985-88; Economic Enhancement Comparative Law School, Shanghai, China (Comparative U.S. - China law class), 1985-86.

August 2002- June 2003     University of California, Hastings College of the Law,
                           San Francisco, CA

Visiting Professor of Law-courses: Corporations, Legal Issues of Start Up Businesses and Chinese Trade and Investment Law.

## PRACTICE

January 2006- November 2008     White and Case LLP
                                Palo Alto, CA

15

Counsel- Practice specializing in advising companies doing business in China, including setting up retail operations, advising a major software company with international legal compliance in 10 jurisdictions; domestic transactions include advising companies in private equity financing and licensing.

November 1983 - McCutchen, Doyle, Brown & Enersen (now Bingham, McCutchen)
May 1990          San Francisco, CA/Shanghai, People's Republic of China

Partner - Practice involved advising U.S. companies with business transactions in the People's Republic of China on all legal aspects of such transactions; foreign banks with offices in the United States with loan transactions; foreign companies doing business or investing in the United States with business and immigration advice; also responsible for the establishment and operation of the firm's Shanghai office from 1985-89. Additional duties included planning and developing the firm's international practice. This included travel in Asia to contact potential clients and performing other liaison work such as exchange of associates, development of correspondent firm relationships and presentation of legal seminars.

October 1981 -   Heller, Ehrman, White & McAuliffe
October 1983          San Francisco, CA

Associate - Practice involved advising clients investing in U.S. real estate, foreign banks establishing U.S. branches or agencies, U.S. companies transacting business with the People's Republic of China, including offshore petroleum exploration, technology licensing, trademark registration and tax planning. Drafting and negotiating Joint Venture Agreements, Co-Production Agreements and Compensation Trade Agreements.

Fall 1980 -      Law Clerk - Research and preparation of
Summer 1981      memoranda to clients on laws of the People's Republic of China.

Summer 1980          Fenwick, Stone, Davis & West
Palo Alto, CA

Summer Clerk - Drafting of pleadings and motions. Research projects on Blue Sky Laws and other securities issues.

Summer 1979          Asian Law Caucus, Inc.
Oakland, CA

16

Summer Clerk - Research, drafting and client intake.
Advising low-income Asian clients on landlord-tenant, immigration and employment discrimination issues.

EDUCATION

University of California
Hastings College of the Law
San Francisco, California
J.D., 1981

University of California
Berkeley, California
B.A. in Political Science and Economics,
graduated with honors, 1978.

MEMBERSHIPS

California Bar Association - Executive Committee of the
International Law Section, Secretary, 1994-5, Treasurer 1995-6.  Advisor Emeritus
1996 - present.
Bar Association of San Francisco - Chair, China Law Committee, 1989 - present.
American Bar Association - International Law Section
San Francisco-Shanghai Sister City Committee
Asian American Bar Association
National Asian-Pacific American Bar Association.

PUBLICATIONS :

Casebook: Doing Business in China, co-author with Daniel Chow- West Publishing
forthcoming Fall 2011.

Book chapters: "Copyright Law", "Trademark Law", "Patent Law", "Internet Domain"
ICC Publishing, a subsidiary of the International Chamber of Commerce in Paris
Business Law in China: Trade, Investment and Finance. Fall, 2008

"Trends in IP Law in China: Is Enforcement Really Happening?" with Heidi Keefe,
BNA , 2006

"Legal Issues of Franchising in China" Alon, Ilan and Diane Welsh, eds. (2001), International Franchising in Emerging Markets, India and Other Asian Countries, Washington DC: CCH

"Exploring Feminism Globally to Achieve Global Feminism." The Journal of Contemporary Legal Issues, Vol.11, Issue 2 at 785, 2001

"China and WTO, Why Law Firms Should Care" The Recorder, May, 2000

"Holding Up More than Half of the Sky: Marketization and the Status of Women in China." Global Critical Race Feminism, New York University Press. 2000

"Hong Kong Economy under Chinese Rule: Prosperity and Stability?" Southern Illinois University Law Journal, Vol. 22, at 235, Winter 1998;

"China's Company Law: Practicing Capitalism in a Transitional Economy" Pacific Rim Law & Policy Journal, Vol. 5, Number 3, 1996;

"Licensing Technology to China: The Influence of Culture" Hastings International and Comparative Law Review, Vol. 19, Issue 4, 1996 ;

Book Review: To Steal a Book is an Elegant Offense: Intellectual Property Law in Chinese Civilization by William Alford.  Santa Clara Law Review, Vol. 36, No. 4, 1996;

"Journey of Discovery: Attending the NGO Forum on Women" December, 1995, The Newsletter of the Asian American Bar Association;

"Wish I Had Been Here Earlier; A First Timer's Impressions" The Equalizer, Vol. 1993, Issue 4, December, 1993;

"Hong Kong's Basic Law: The Path to 1997, Paved with Pitfalls" Hastings International and Comparative Law Review, Vol. 16, Spring, 1993;

"The China Trade" The Recorder December 18, 1991; "The Arrival of Counsel" The Recorder, September 30, 1991;

"China's Copyright Law" Journal of International Franchising and Distribution Law, June, 1991;

"China Joins Madrid Agreement" Journal of International Franchising and Distribution Law, 1990;

"Franchising in China" Journal of International Franchising and Distribution Law, 1988;

Inheritance Law of the People's Republic of China" International Legal Practitioner, September, 1988;

"New PRC and Shanghai Regulations for the Encouragement of Foreign Investment" Hastings International and Comparative Law Review, Vol. 10, Spring, 1987;

"China's Foreign Enterprises Income Tax Law and Regulations" Hastings International and Comparative Law Review, Vol. 6, Spring, 1983.

OTHER ACTIVITIES

Select Guest Lectures and Presentations:

Clean Tech Conference "International Clean Tech Issues", Mountain View, CA;

Santa Clara County Bar Association "Issues with Drafting International Contracts" Santa Clara, CA;

Foley and Lardner China Conference "China's Revised Patent Law", Palo Alto, CA;

China's New Property Law, internet broadcast seminar.

University of California, Davis, School of Law, "IP in China", Davis, CA;

University of San Francisco "Licensing to Developing Nations", San Francisco, CA;

NAPABA annual convention "Doing Business in China -FCPA Concerns" Seattle, WA;

Licensing Executive Society "Licensing Technology to China" Palo Alto, CA;

Taiwan Conference "China's Labor Contract Law". Taipei and Hsinchu, Taiwan;

Women In Licensing "Balancing Work Life Issues" Palo Alto, CA;

Taiwan Conference "Protecting Your IP in China", Taipei and Hsinchu, Taiwan;

State Bar of California "Cross Cultural Licensing Negotiations", Palo Alto, CA;

World Affairs Council, "Legal Profession in China" San Francisco, CA;

Stanford Law School, "Can China Achieve the Rule of Law" Palo Alto, California;

University of San Diego, School of Law, "Universality in Women's Issues." San Diego, California;

Bar Association of San Francisco, "China and the WTO." San Francisco, California;

America Association of Law Schools' annual meeting, "Hong Kong's Economy after 1997." San Francisco, California;

Commonwealth Club "Human Rights in China." Santa Clara, California;

University of California, Boalt Hall School of Law, " Doing Business in China: Past and Present Issues." Berkeley, California:

American Bar Association, International Law Section "Legal Issues of Investing in the Greater China Area" Minneapolis, Minnesota;

Stanford University Law and Ethics Lecture Series "Doing Business in Asia and the Foreign Corrupt Practices Act" Palo Alto, California;

U.S.- China Business Council "Tax Issues for Foreign Investors in China" San Francisco, California;

World Affairs Council "Dispute Resolution for Investors in China. Oakland, California;

Hastings Symposium on International Legal Practice, "Practical Considerations of Licensing Technology Transfer to China: Influence of Culture." San Francisco, California;

The 1990 Institute, "Taxation in China." San Francisco, California;

20

National Women Corporate Counsel Conference, "Cross-cultural Issues of Alternative Dispute Resolution." San Francisco, California;

NGO Conference on Woman, "Women and the Justice System. Beijing, China;

Haas School of Business, University of California, Berkeley Legal Issues of Doing Business in China. Berkeley, California;

State Bar of California, "The China Economic Area: An Emerging Market." San Francisco, California;

Computer Law Association, "International Aspects of Licensing." Long Beach, California;

San Francisco Bar Association, "Prospects of a China Practice." San Francisco, California;

National Asian Pacific American Bar Association. " Pacific Rim Opportunities," Houston, TX;

Southern California Association of Law Librarians, "Resources for a Pacific Rim Practice." Ojai, California;

Hastings College of the Law, "International Business Transactions." San Francisco, California;

McGeorge School of Law, "Trading with the Pacific Basin Countries."

Golden Gate University Law School, "Comparative Law." Sacramento, California;

Michigan China Council, "U.S. - China Trade Relations and Prospects." Lansing, Michigan;

Law and Business, Inc., "Countertrade With China." San Francisco, California;

San Francisco Bar Association, "Immigration Law." San Francisco, California;

Department of Commerce, "Doing Business with China." San Francisco, California;

Sophia University, "Legal Aspects of Doing Business with China." Tokyo, Japan.

Expert Witness:

Served as expert for various law firms and corporations on corporate governance issues and Chinese law.


LANGUAGES

Read and write Chinese, speak four dialects fluently.  Some French and Japanese.

COMMUNITY

Member of Aurora School Board, Oakland, California, 1995-1996.

Founder of East San Jose Law Clinic's Small Business Advisor Program.


BAR MEMBERSHIP

California (1981) and Hawaii(1999)- Inactive status for both.


10/11