IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES INC, | No. C 10-325 SI |
| Plaintiff, | **ORDER RESCHEDULING PRETRIAL CONFERENCE AND TRIAL DATE AND REFERRING PARTIES TO MAGISTRATE JUDGE VADAS FOR SETTLEMENT** |
| v. | |
| TOYAMA PARTNERS LLC, *et al.*, | |
| Defendants. | |

A pretrial conference is currently scheduled for April 5, 2012, with a trial date of April 16, 2012. Another case, which is older than this matter, is also set for trial on April 16, and the older case takes precedence on the Court's trial calendar. The next available date for trial is **July 23, 2012**, and accordingly the Court reschedules the trial to that date. The Court will hold a pretrial conference on **July 10, 2012 at 3:30 p.m.**, and will resolve the pretrial motions at that time. The Court will resolve the pending motions for summary judgment in advance of the pretrial conference.

In addition, the Court hereby REFERS this case to Magistrate Judge Vadas for settlement purposes.

**IT IS SO ORDERED.**

Dated: March 30, 2012

SUSAN ILLSTON
United States District Judge