IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES INC, | No. C 10-325 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND DENYING PLAINTIFF'S MOTION TO SHORTEN TIME** |
| v. | |
| TOYAMA PARTNERS LLC, *et al.*, | |
| Defendants. | |

On July 16, 2012, one week before trial, Dollar Tree filed a motion to compel production of financial information and a motion to shorten time for consideration of that motion. Dollar Tree states that in February of 2011, Dollar Tree served a subpoena on Peter Pau requesting several categories of financial information, and that to date Mr. Pau has not produced any of the requested information. Dollar Tree asserts that the financial information is relevant to its claim for breach of fiduciary duty, in which it seeks punitive damages against Mr. Pau.

Defendants oppose the motions on numerous grounds. Defendants contend, and the Court agrees, that the motion to compel is untimely. The discovery cut-off in this case was September 30, 2011. Under the parties' stipulation and the Court's order of October 7, 2011, all motions to compel were to be filed no later than October 21, 2011. *See* Docket No. 323. Dollar Tree did not file a motion to compel production of Mr. Pau's financial information by that deadline, and Dollar Tree has not shown any good cause for its failure to do so. Dollar Tree's papers suggest that the motion to compel was prompted by this Court's June 25, 2012 order denying defendants' motion for summary judgment on the breach of fiduciary duty claim. However, Dollar Tree has alleged a claim for breach of fiduciary duty since the August 11, 2011 filing of the consolidated complaint, and thus was aware well before the

October 21, 2011 deadline of the potential relevance of and/or need for the financial information. *See* Docket No. 281.

Accordingly, the Court DENIES plaintiff's motion to compel and motion to shorten time. Docket Nos. 617 & 619.

**IT IS SO ORDERED.**

Dated: July 18, 2012

SUSAN ILLSTON
United States District Judge