DAVID F. FAUSTMAN (State Bar No. 081862)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:    (415) 364-5540
Facsimile:    (415) 391-4436
Email:        dfaustman@foxrothschild.com

JAY D. MARINSTEIN (*Pro Hac Vice*)
PATRICK L. ABRAMOWICH (*Pro Hac Vice*)
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Telephone:    (412) 391-1334
Facsimile:    (412) 391-6984

SCOTT R. KIPNIS (*Pro Hac Vice*)
HOFHEIMER GARTLIR & GROSS, LLP
530 Fifth Avenue
New York, NY 10036
Telephone:    (212) 897-7898
Facsimile:    (212) 897-4999

Attorneys for Plaintiff
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC., | [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT AT TRIAL |
| Plaintiff, | |
| v. | Judge:    Honorable Susan Illston |
| TOYAMA PARTNERS, LLC; PETER PAU d/b/a SAND HILL PROPERTY COMPANY, a sole proprietorship; PETER PAU, in his individual capacity and as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SUSANNA PAU, in her capacity as partner of SAND HILL PROPERTY MANAGEMENT COMPANY; SAND HILL PROPERTY MANAGEMENT COMPANY, and CAPELLA-MOWRY, LLC, | Case No.    CV-10-0325 SI |
| | Complaint filed:   January 22, 2010 |
| | Trial Date:        July 23, 2012 |
| Defendants. | |

| | |
|---|---|
| 1 | AND NOW, this <u>18TH</u> day of July, 2012, it is hereby ORDERED, ADJUDGED, AND |
| 2 | DECREED that: |
| 3 | (1) Plaintiff Dollar Tree's Stores, Inc. ("Dollar Tree") and Ted Brooks of Litigation-|
| 4 | Tech LLC, Dollar Tree's trial technology vendor, are hereby granted access to the |
| 5 | Federal Courthouse in San Francisco, California, including the Courthouse's |
| 6 | loading dock and the Courtroom of the Honorable Susan Illston, for the purposes |
| 7 | of bringing in and setting up equipment for use at the trial of the above captioned |
| 8 | litigation, including, *inter alia*, one projector, one rolling cart, one 9'x12' |
| 9 | Projection Screen, six video switching devices, two 15" monitors, an ELMO, one |
| 10 | tech table, a color printer, several power strips and extension cords, and several |
| 11 | video cables. |
| 12 | (2) Said access shall commence on Thursday, July 19, 2012, and shall continue |
| 13 | through the close of trial in the above captioned action. |

_[signature]_
Honorable Susan Illston

[PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT AT TRIAL     CASE NO: CV-10-0325 SI